EDWARD A. SMITH
277 ALIIOLANI ST.
pukalani, MAUI, HI. 96768

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 9 2006

_____ o'clock and _____ min. ___ M
SUE BEITIA, CLERK

PHONE: 572-5202
PLAINTIFF
PRO-SE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EDWARD A. SMITH,<br>PLAINTIFF,<br>VS.<br>1. MAUI POLICE DEPT, COUNTY PROSECUTORS, (AGENTS) FOR MAUI COUNTY GOVERNMENT.<br>2. DISTRICT COURT OF THE SECOND CIRCUIT, STATE OF HI.<br>3. MRS. MAUREEN PRATHER & MR. & MRS ROBERT THOMAS (FRANCES ELENOR) WANKMULLER.<br>AND<br>4. JOHN DOES, JOHN DOES CORPORATIONS, PARTNERSHIPS, ROE NON-PROFIT ORGANIZATIONS ROE GOVERNMENT AGENCIES 1-100. | CIVIL NO. CV04-00699 DAE/KSC<br>(OTHER CIVIL ACTION)<br><br>PLAINTIFF'S "MOTION FOR RECONSIDERATION" OF JUDGE DAVID ALAN EZRA'S JUN 15, 2005 ORDER TO DISMISS COMPLAINT FILED BY PLAINTIFF IN SAID CASE.<br><br>INCLOSED IS PLAINTIFF'S DOCUMENTS PER REQUEST FOR RECONSIDERATION, AND REQUEST FOR "JURY TRIAL".<br><br>CERTIFICATE OF SERVICE: |

COMES NOW, PLAINTIFF MR. EDWARD A. SMITH, AND HEREBY SUBMITS HIS DOCUMENTATION (INCLOSED) IN REBUTTAL AGAINST "WRONGFULL DISMISSAL" OF COMPLAINT FILED BY MR. E.A. SMITH.

INVENTORY OF DOCUMENTS FOLLOWS NEXT PAGE:

INVENTORY OF INCLOSED DOCUMENTS:

1. SUBJECT: INTRODUCTION OF PHYSICAL INJURYS, WITH PAIN & SUFFERING, ARGUMENTS, FROM PAGE ONE TO PAGE NO. NINE.

2. EXHIBIT "A" PAGE NO. SEVEN, DATED JUN 15, 2,005, DAVID A. EZRA'S GRANTING MOTION TO DISMISS. NOTE: IT ISN'T A FINALE JUDGEMENT, AS SHOWN ON EX: "B"-1 PAGE NO. 7. AND AS WITH EXHIBIT: "E" PAGE 19, IT DOESN'T SHOW WITH OR WITHOUT PREJUDICE. AND IF REBUTTAL IS MADE AS RELATED TO PAGE NO. 8, EX: "B"-2 BECAUSE OF MY RE-FILING THIS CASE INCLOSED IS MORE THEN PREPONDERANCE OF EVIDANCE AS WRITTEN IN EX: "D" PAGE NO. 15, THAT INJURYS RECEIVED IN SAID CASE IS NOW BEING CORRECTED THROUGH SURGERY ON MAUI.

EXHIBIT "C" PAGE NO 14, FEDERAL JURISDICTION, MORE THEN EXIST IN SAID CASE DUE TO MEDICARE SECONDARY PAYER LAWS. PER 42 U.S.C. 1395Y AND 1862 (B) (2) (A) (ii) OF THE ACT, AS SHOWN IN EXHIBIT "G",1-4 OF THE MEDICARE-COORDINATION OF BENEFITS PROGRAM.

2. EXHIBIT: "F"-1, TO "F"-5, SHOWS MEDICAL PREPODERANCE OF INJURYS WITH CONTINUES PAIN AND SUFFERING PER SAID CASE.

3. EXHIBIT "G",1-4, OF THE ABOVE 42 U.S.C. MEDICARE PROGRAM.

4. EXHIBIT: "H"-1 TO "H"-3, SHOWS THE HIGH PROFILE PRATHER CLANS INFLUANCE OVER/WITHIN THE MAUI COUNTY POLICE DEPTMENT, AS IT DID WITH THE ROOKIES WORKING UNDER HIM DAY OF INCIDENT, WHEN K. PRATHER WAS TRAFFIC ACCIDENT INVESTIGATOR FOR SAID POLICE DEPT. AND AS WITH EXHIBIT "H"-2, OUTSIDE OF THE POLICE DEPTMENT, HE COULD INFLUANCE THOSE AGAINST HIM TO SHIP-OUT, PLUS HIS PROTECTED BY GOV. LINDA LINGLE PER PRIVATE PROPERTY

5. EXHIBIT "H"-3, CADET MICHAEL PRATHER WAS ALLOWED TO CHANGE INTO ANOTHER CADET UNIFORM BEFORE ENTERING INTO REENATE COOPERS DISTRICT COURTROOM TO TESTIFY AGAINST MR. E. SMITH, TOTALLY SWOONING JUDGE R. COOPER, WHICH MADE HER TOTALLY BAIS AGAINST MR. E. SMITH'S MEDICAL EVIDANCE, WHICH STATES MULIPLE CONTUSIONS, MR. DR. JENWEI LUU , M.D. E/R . OF MAUI MEDICAL CENTER HOSPITAL.

6. EXHIBIT "H"-4, J.KRUEGAR'S STORY PER RICHARD ROST'S, ATTORNY FOR PRATHER & WANKMULLER FAMILY IN SAID CASE, TOLKS OF TERRIBLE PUKA IN MEDICAL CARE??? WHICH TAKES DISTROYS A HUMAN LIFE?? "WELL" WHAT ABOUT THIS TERRIBLE "PUKA" WITHIN OUR FEDERAL BAIS COURT SYSTEM....

7. EXHIBIT: "I" WITH PROPER JUSTICE ON MY SIDE, I COULD GET MEDICAL

100 PERCENT REPAIR , AND POSSIBLY MAKE GOOD MONEY WORKING FOR THE "KOBAYASHI GROUP, LLC'" OR I COULD GET INTO THE MAUI COUNTY GOVERNMENT

TO OVERSEE COUNTY BUILDING PERMITS........

DATED: 6/7/2,006
PUKALANI, MAUI, HI
MR. EDWARD A. SMITH
PLAINTIFF PRO-SE

*Edward Smith*

FRONT PAGE: NO. ONE:

SUBJECT: INTRODUCTION OF PHYSICAL INJURYS, WITH PAIN & SUFFERING DUE TO CRIMES AGAINST PLAINTIFF, FROM NOV 24, 2,002 THROUGH MARCH 2,006, WHICH INVOLVE/INCLUDE FEDERAL CIVIL RIGHTS VIOLATIONS, STATE OF HI. LAWS AND COUNTY LAWS.

HISTORY: PLAINTIFF'S COMPLAINTS WERE FILED WITH JUDGE DAVID ALAN EZRA U.S. DISTRICT COURT OF HI. AS SHOWN WITH JUN 15, 2,005 MOTION TO DISMISS BY DEFENDANTS, NOTE: IT DOESN'T SHOW FINAL JUDGEMENT, NOR DOES IT SHOW "WITH-OUT OR WITH PREJUDICE" AS OUTLINED IN GUIDE RULES FOR PRO SE LITIGANTS WRITTEN BY THE FEDERAL BAR ASSOCIATION, AND EXPLAINED WITHIN PAGE NO. 19 OF SAID GUIDE BOOK. THREE OTHER CASES FILED BY PLAINTIFF ALSO DISMISSED BY D.A.EZRA, A-ACT SHOWING FEDERAL COURTS ALSO DISCRIMINATE ON THE BASIS OF STATUS AGAINST PLAINTIFF VS. HIGH PROFILE DEFENDANTS. CV NO 04-00699 DAE/KSC

HISTORY: ABOVE FEDERAL FILING WRE DUE TO ACTIONS TAKEN AGAINST PLAINTIFF, TO COVER-UP "ASSULT & BATTERY" AGAINST PLAINTIFF, BY "HIGH-PROFILE" GROUPS & INDIVIDUALS SHOWN NAMED ON CONTINUES PAGES AND POLICE REPORTS AVILABLE FOR VIEWING. PLAINTIFF WAS CHARGED WITH FALSE POLICE REPORTING AND CHARGED AS A DEFENDANT IN DISTRICT COURT SECOND CIRCUIT (CASE NO: 02-97873) REINETTE COOPER PRESIDED, NON-JURY AND DISCRIMINATED IN VIOLATION OF HRPP RULE 47, HRCC RULE 10.1, OF PROFESSIONAL CONDUCT RULES 1.6, 1.7, 1.8, & 1.9, WHICH IS BASED ON THE DEFENDANTS RIGHT TO THE EFFECTIVE ASSISTANCE OF COUNSEL, ETC GUARANTEED TO UNDER ARTICLE 1, SECTION 14, OF THE HAWAII STATE CONSTITUTION, AND THE 6th AND 14th AMENDMENTS TO THE UNITED STATES CONSTITION. SAID DISTRICT COURT CASE (REENETTE COOPER) WAS SENT TO STATE INTERMEDIATE COURT OF APPEALS, AGAIN WITHOUT MY DR. JENWEI LUU MEDICAL EVIDANCE FROM M.M.M.C. E/R PHYSICAL MEDICAL EVALUATION REPORT WHICH BOTH STATE PUBLIC DEFENDER AND REINETTE COOPER REFUSE TO REVIEW OR ALLOW TO BE SUBMITTED AS EVIDENCE, THUS FORCEING FILING WITH STATE INTERMEDIATE COURT OF APPEALS WITH OTHER COMPLAINTS.

AT PRESENT: ABOVE DISTRICT COURT SECOND CIRCUIT ISSUES (REENETTE COOPER) AND STATE PUBLIC DEFENDER WAILUKU HI. AND STATE PUBLIC DEFENDER APPEALS DIVISION NIMITHS HWY HON. HI. HAVE BEEN REMOVED FROM STATE PUBLIC DEFENDERS CONTROL, AND NOW UNDER PLAINTIFF WHICH WAS LIBLED DEFENDANT-APPELLANT WHICH GAVE SAID PLAINTIFF/DEFENDANT/ APPELLANT THE LEGAL RIGHT TO SUBMIT ALL TRUE MEDICAL RECORDS TO STATE APPEALS COURT (I.C.OF APPEALS) WHICH PROVE INJURYS FROM ASSULT & BATTERY USEING A PICKUP TRK. DID HAPPEN ON SAID 11/24/ 2,002 DAY.

CONTINUE:

PAGE TWO:

CONTINUE FROM FRONT PAGE:

SAID COURT FILING AND OR GRANTING OF PLAINTIFF/DEFENDANT/ APPELLANT TO REPRESENT HIMSELF IN SAID ISSUES WITH M.M.M.C. E/R MEDICAL EVALUATION REPORT BY ATTENDING PHYSICAN DR. JENWEI LUU OF SAID 11/24/02, SHOWING MULTIPLE CONTUSIONS ETC, AND STARTUP OF CORRECTIVE SURGERY DONE ON 08/19/05 UNDER DR. GARY IANNITELLO OF MAUI MEDICAL GROUP WAILUKU HI. WITH OTHER SURGERY'S TO BE DONE IN REGARD TO ASSULT & BATTERY TWO TIMES SAME DAY WITH A PICKUP TRK. ON 11/24/02, ALL SHOWN/SPOKEN EVIDANCE BY MYSELF IN THIS STATE COURTS WERE NOT FOR MONETARY AWARDS, ITS TO CLEAR MY NAME FROM ALL INJUSTICE, BECAUSE EVEN THE STATE PUBLIC DEFENDERS APPEALS DIVISION NIMITZ HWY. REFUSE TO MEET WITH I REGARDING MY MEDICAL JENWEI LUU INJURY REPORT, AND DIDN'T SUBMIT SAME TO STATE INTERMEDIATE APPEALS COURT (TOTOL BLOCKAGE) BECAUSE OF (HIGH PROFILE ASSHOLES)
FOLLOWING PAGES LIST THOSE INVOLVED IN "ASSULT & BATTERY" ON I AND CIVIL RIGHTS VIOLATIONS AGAINST I, CAUSEING PAIN AND SUFFERING (PHYSICAL) AND MENTAL ANGUISH INTERFEREING WITH SPEEDY MEDICAL RECOVERY DUE TO WRONGFULL POLICE FRAUD AND COUNTY PROSECUTORS INDICTMENT BECAUSE OF "HIGH-PROFILE" INDIVIDUALS AND ASSOCIATED GROUPS OF MAUI COUNTY GOVERNMENT, AND OF STATE OF HI. GOVERNMENT.....

THIS IS PAGE TWO: CONTINUE TO PAGE THREE: WHICH LIST NAMES OF THOSE INVOLVED (NOT IN TOTOL FORM) OF VIOLATING COUNTY, STATE & FEDERAL LAWS AGAINST I THE PLAINTIFF IN THIS ATTEMPTED NEW FILLING, IN REGARD TO MONETARY GAIN, PEACE OF MIND, AND INHANCE RECOVERY OF IMPAREMENTS
NOTE: DOCUMENTATION WILL PROVE PUNITIVE DAMAGES ALSO RECOVERABLE,

PAGE NO. THREE:

## DEFENDANTS IN PLAINTIFFS COMPLAINT WIEL BE:

1. MRS. MAUREEN PRATHER, WIFE OF POLICE DETECTIVE KENNETH PRATHER,
WHO IS ALSO ACTING LT. COMMANDER OF COMPANY C, 2ND BATTALION,
299th INFANTRYOF THE HAWAII ARMY NATIONAL GUARD MAUI DIVISION, WHO
WAS ALSO ACTING TRAFFIC INVESTIGATOR DOING PERIOD OF NOV 24, 2,002
DATE OF ASSULT & BATTERY ON TOP OF COUNTY SIDEWALK AGAINST PLAINTIFF
WITH PRATHER'S P/U TRK. TWICE/TWO SEPERATE TIMES SAME DAY OF 11/24/02.
WHILE PLAINTIFF A PEDRISTRIAN FRONTING HIS/OWN PROPERTY.

EXHIBIT: NO. ONE BY PLAINTIFF TO MAUI COUNTY LAND USE AND CODES
AND EXHIBIT NO. TWO OF TWO PAGES TO COUNTY MAYOR ARAKAWA DATED MAR.
31, 2,003 AND TO GOVERNOR LINDA LINGLE BY M. PRATHERS FATHER ROBERT
T. WANKMULLER, UNEMPLOYED MAUI M.D. WHICH WAS FILED BY PLAINTIFF PRO SE
WITH THE UNITED STATES DISTRICT COURT OF HI.COURT FILED NOV 24, 2,004
SHOWS BEYOUND DOUBT REASON FOR MAUREEN PRATHER AND FAMILY MEMBERS
PHYSICAL AND WRITTEN SLANDER RETAILIATION AGAINST PLAINTIFF BESIDES
THIS BEING A HATE CRIME & CRIMES AGAINST A RETIRED SENIOR CITIZEN
STATES H.R.S. ACT 89 ( CRIMES AGAINST SENIORS/MINOR CHILDREN/ HANDICAP
PERSONS....LOOK AT DISTRICT COURT DOCUMENTS WITH SAID COURT FILE DATE
OF NOV 24 2004.

PLUS: COURT TRANSCRIPTS COPYS EXHIBIT FIVE 11 PAGES OF OPENING
BRIEFS BY BENTLEY C. ADAMS 111 DEPUTY PUBLIC DEFENDER STATE OF HI.
CONFIRMS RETAILATION BY M. PRATHER AND FAMILY MEMBERS, PAGE 11 STATES
VIOLATION OF DUE PROCESS, PAGE 16 CALLING PLAINTIFF IN <u>COURT AN OLD FART
AND STATEING SHE CHOSE TO DRIVE ON THE GRASS SIDEWALK REGARDLESS OF</u>
PEDESTRIAN RIGHTS. NOTE: M. PRATHER BLAMES PLAINTIFF FOR BLOCKING
HER FROM EXITING FROM HER PROPERTY,"BUT" ON PAGE NO. FOUR COURT
TRANSCRIPTS <u>SHE STATES "BECAUSE"</u> OF THE LOCATION OF SOME MAILBOXES SHE
WAS UNABLE TO EXIT ONTO THE STREET WITHOUT BACKING UP ONTO THE EASEMENT
( COUNTY LEGAL SIDEWALK) NOTE: SAID 286 MAILBOX BELONG TO PRATHER &
WANKMULLERS PUT THERE PRIOR TO 11/04/02 CAUSEING THEIR BLOCKING PROBLEM
BESIDES OTHER ILLEGAL VIEW BLOCKING OF ILLEGAL HEIGHT STONE WALL, ETC.
PLUS THE 20 FOOT BLACK TOP ROADWAY AND 20 FOOT TOTOL SIDEWALKS IS 40
TOTOL FEET OF COUNTY PROPERTY, HER P/U TRK. IS ONLY 17 FEET LONG, ITS
NOT A "CHO CHO TRAIN". WITH ALL THE BULL SHIT AS CARGO. THEIR DRIVEWAY
IS 18 FEET WIDE. *Both.* ....CONTINUE NAMED DECENDANTS:

PAGE NO. FOUR:

## CONTINUE DEFENDANT MAUREEN PRATHER

INCLOSED WITHIN EXHIBIT PACKAGE IS "WESTLAW" PACKAGE, SHOWING PAGE NO. 1, H.R.S. TITLE 17. MOTOR AND OTHER VEHICLES CHAPTER 291C, STATEWIDE TRAFFIC CODE ($ 291C_79) PEDESTRIANS' RIGHT OF WAY ON SIDEWALKS. (CORRECTION TO PAGE 1 TO NOW READ PAGE TWO OF TWO)

SAME "WESTLAW PACKAGE" PAGE TWO OF THREE, SHOWING H.R.S. $ 291C-148 DRIVING UPON SIDEWAY.
(A) AS PROVIDED IN SECTION (B) NO PERSON SHALL DRIVE ANY VEHICLE UPON A SIDEWALK OR SIDEWALK AREA EXCEPT UPON A PERMANENT OR AUTH- ORIZED TEMPORARY DRIVEWAY.

COUNTY CHAPTER 10.48 STOPPING, STANDING AND PARKING .

INCLOSED WITHIN PAGE NO. 3 OF 4, SHOWS COUNTYS COPY OF DEFINITION OF "SIDEWALK".

WITHIN PAGE 1 OF 1, SECTION 10.48.030 PROHIBITED IN CERTAIN PLACES, ITEM NO. ONE READS PROHIBITED ON A SIDEWALK, UNDER COUNTY. WITHIN PAGE 3 OF 9, "CONTROLLED-ACCESS HIGHWAY" UNDER "WESTLAW" H.R.S. $291C-1 UNDER STATE.

"WESTLAW" PAGE 7 OF 9, H.R.S. $ 291C-1 STATE OF HI. LAW READS DEFENITION OF "SIDEWALK", MEANS THAT PORTION OF A STREET BETWEEN THE CURB LINES, OR THE LATERAL LINES OF A ROADWAY, AND THE ADJACENT PROPERTY LINES, INTENDED FOR THE USE OF PEDESTRIANS. AS Smith's CASE.

INCLUDEING, ILLEGAL U-TURNING WHILE DRIVEING IN REVERSE WHILE ALREADY-OUT-ON-THE-ROADWAY AND TOTOLLY CLEAR OF PRATHER DRIVEWAY AND PROPERTY APP: TOTOL SIXTY FEET JUST TO FACE THE OPPISITE NORTH DIRECTION ( COME-ON ) IT WAS I THE PLAINTIFF SHE WAS AFTER... SHE (PRATHER) HAD MIN FOUR OTHER SAFE-EASY-OPTIONS .....

ISSUES OPEN FOR PRETRAIL: REFER BACK TO PAGE NO. FOUR COURT TRANS- CRIPTS. SHE STATES SHE COULD EASILY HAVE TURNED IN THE OPPOSITE DIRECTION AND EXITED ONTO THE SURFACE STREETS WITHOUT GOING ONTO THE EASEMENT (LEGAL COUNTY SIDEWALK) HOWEVER, SHE CHOSE NOT TO DO SO ON THIS DAY??? THATS RIGHT BECAUSE SHE WANTED TO ASSULT PLAINTIFF.... PLAINTIFF HAD NO WITNESS TO TESTIFY IN HIS BEHALF, "BUT" HE HAS HER BIG-MOUTH-ON-COURT-TRANSCRIPTS, TO TESTIFY IN HIS BEHALF.......

PAGE NO. FIVE
CONTINUE DEFENDANTS:

2. MR. & MRS ROBERT THOMAS WANKMULLER & WIFE FRANCES ELENOR OF 286 ALIIOLANI ST. PUKALANI, HI 96768 AND 196 NALANI STREET PUKALANI, MAUI, HI. 96768 AND 760 SOUTH KIHEI ROAD, KIHEI, MAUI HI. AND 2240 HOOPER RD. YUBA CITY CA 95993 0000 AND 945 FHASTA ST. WSA CITY CA 95991

BESIDES THE ISSUES OF WANKMULLER AND CLAN MONITORING PLAINTIFF WITH THEIR SICK DESIRES OF RETAILATION WITH VIDEO CAMARAS AND LETTERS TO COUNTY AND STATE AS SHOWN IN TWO PAGE EXHIBIT NO. TWO COURT FILED BY PLAINTIFF UNITED STATES DISTRICT COURT NOV 24, 02. BY PLAINTIFF MR. SMITH. THE FACT REMAINS THE DANGERUS CONDITIONS WHICH EXISITED WERE THE RESULTS OF WANKMULLER AND CLAN MEMBERS WITH DANGERUS POSITIONING OF THEIR 286 MAILBOX TO-NEAR THEIR OWN DRIVEWAY EXIST/ENTERANCE AS STATED BY MAUREEN PRATHER IN HER COURT TRANSCRIPT COPY PAGE NO. FOUR ( BECAUSE OF THE LOCATION OF SOME MAILBOXES SHE WAS UNABLE TO EXIT ONTO THE STREET WITHOUT BACKING UP ONTO THE EASEMENT..) WHICH WAS OVER-THIRTY-FEET ACROSS THE STREET FROM HER AND WHERE PLAINTIFF WAS STANDING AND WAS ASSULTED WITH INJURYS, BY M. PRATHER WITH FAMILY P/U. TRK. AFTER SHE DROVE APP: SIXTY FEET IN REVERSE, IN A ILLEGAL U-TURN JUST TO ASSULT PLAINTIFF, DROVE-OFF STOP. BAKUP IN REVERSE AGAIN TO ASSULT PLAINTIFF. (COME ON) AS IN COPY COURT TRANSCRIPTS PAGE NO. FOUR, SHE STATES SHE COULD EASILY HAVE TURNED IN THE OPPOSITE DIRECTION AND EXITED ONTO THE SURFACE STREETS WITHOUT GOING ONTO THE EASEMENT (LEGAL COUNTY SIDE-WALK) HOWEVER, SHE CHOSE NOT TO DO SO ON THIS DAY..THATS RIGHT E.S. BECAUSE SHE SAW PLAINTIFF ON SIDEWALK, AND AS HE LIVES ALONE FELT IT WAS TIME FOR HER TO ATTACK PLAINTIFF WITH P/U TRK. NO WITTNESS TO TESTIFY FOR PLAINTIFF, EXCEPT HER COURT MOUTH-OFF. E.S.

NOTE: inCLOSED LAND 1/2 INTEREST OF 196 NALANI ST. PUKALANI, HI. BETWEEN WANKMULLERS AND PRATHER BELIVE M. PRATHER IS DAUGHTER OF MR. & MRS. WANKMULLER.

CONCLUSION: LISTED OWNER OF PROPERTY INVOLVED IN MAILBOX BLOCKING AS STATED BY MAUREEN PRATHER IS LISTED AS OWNED BY ABOVE DEFENDANTS THE WANKMULLERS. SHOWN ON TAX KEY MAP ZONE 2 SEC 3 PLAT 47 LOT 52 ADRESS 286 ALIIOLANI STREET, PUKALANI, MAUI, HI. WHICH IS INVOLVED IN THIS LITIGATION FOR DAMAGES PAST & PRESENT AND INCLUDEING ALL RELATED COST. NOTE: STONE WALL ETC, INCLUDED WITH 286 MAILBOX ALONG WITH M. PRATHER'S WRONGFULL CONFIRGURATION, REMARKS IN COURT.

PAGE NO. SIX

3. DEFENDANT: MAUI COUNTY POLICE DEPT, AND MAUI COUNTY PROSECUTORS OFFICE, COUNTY OF MAUI GOVERNMENT, MAUI HI.

ISSUES ARE ON-TRAINING POLICE OFFICER, NICOLE KAHOOHANOHANO MAKEING-FALSE-STATEMENTS AS TO INJURYS TO PLAINTIFF E. SMITH ON LEFT ARM & HIS LEFT SIDE RIBS?? WHEN NO/NONE REMARKS WERE MADE TO ANYONE BY PLAINTIFF AS TO AREA OF PAIN (SEE EXHIBIT FOUR OF EIGHT EA. PAGES )

2ND PAGE OF EXHIBIT FOUR, SHOWS (OBSERVABLE INJURYS/DOCTORS VERBAL REPORT)?? BY A DR. J. LUU THERE WERE NO OBSERVABLE INJURYS TO PLAINTIFF E. SMITH...????
FACT TO ABOVE: NOBODY BY DR. J. LUU HAVE HAS BEEN PROVEN TO EXIST IN THE STATE OF HAWAII, OR LICENCE TO PRATICE IN SAID STATE, OR WITHIN THE FEDERAL MEDICAL V.A. SECTION. STATE MEDICAL LICENE BOARD NEVER HEARD OF HIM OR HER (JAY LUKE) NICOLE KAHOOHANOHANO DON'T SHOW WHERE OR HOW SHE MADE CONTACT WITH "HIDDEN IN THE BUSHS" DR. UNKNOWN JAY LUKE....
FACT TO ABOVE ATTENDING MEDICAL PHYSICAN ON DAY OF NOV 24, 02. AT MAUI MEMORIAL MEDICAL CENTER WAS DR. JENWEI LUU M.D. WHO AS SHOWN ON EXHIBIT NO. SEVEN, OF THREE EA. PAGES, STATES 924 8 MULTIPLE CONTUSIONS, AND e814 7 MV COLL W PEDEST-PED?
COME-ON: WHOSSPREADING MANUE??? AS TO UNKNOWN DR. JAY LUKE.
POLICE OFFICER JOHN E. BOWKERIV E-1129, SHOWN ON INCLOSED EXHIBIT FOUR, PAGE THREE AND FOUR, AS CHARGEING PLAINTING E. SMITH WITH FALSE REPORTING, BASED ON BLA, BLA, BLA,
WHEN IN FACT LOOKING AT COURT TRANSCRIPT COPYS EXHIBIT FIVE, BY D.P.D. BENTLEY C. ADAMS ON PAGE NO. SIX & NO. SEVEN, N. KAHOO-HANOHANO CLAIMED SHE DIDNT KNOW M. PRATHER WAS MARRIED TO ONE OF HER COLLEAGUES BEFORE THE FACT, BUT IN FACT PAGE SIX OFFICER JOHN BOWKER STATED HE WAS TRAINING KAHOOHANOHANO ON SAID 11/24/02. AND IS PROVE THEY BOTH WERE AT THE SCEANE, AND HE TALKED TO MICHAEL PRATHER SON ON M.& SGT. KENNETH PRATHER AT 286 RESIDANCE SO PERJURY IS COMMITED BY N. KAHOOHANOHANO STATED SHE DIDNT KNOW A POLICE FAMILY WAS INVOLVED. PAGE SEVEN: BOWKER STATES HE DID SPEAK WITH M.PRATHERS HUSBAND KENNETH AND THAT HE INTERVIEWED MAUREEN PRATHER & DAUGHTER ERIN PRATHER IN THE SAME ROOM AT THE SAME TIME, THEN BOWKER MADE THE INTIAL FALSE REPORT CHARGE AGAINST MR. SMITH. FACT: THIS IS TEMPERING WITH WITTNESS & MAKEING A FALSE CHARGE TO PROTECT PRATHER FAMILY...

CONTINUE: DEFENDANT MAUI COUNTY POLICE DEPT, AND MAUI COUNTY PROSECUTORS OFFICE, COUNTY OF MAUI GOVERNMENT, MAUI HI,.

SAME COVERUP CONSPIRACYBY DAVELYN TENGAN PROSECUTORS OFFICE BY FALSELLY WRONFULLY INDICTMENT AGAINST PLAINTIFF E. SMITH, RESULTING IN VIOLATION OF HRPP RULE 47,HRCC RULE 10.1, & OTHER CIVIL RIGHTS ISSUES BY NOT DOING THEIR OWN INVESTIGATION OR REFERING TO STATE ATTORNY GENERALS OFFICE TO INVESTIGATE AS TO WHO IS UNKNOWN DR. JAY LUKE.

DEFENDANT: MR. JAY LUKE, ALIAS DR. JAY LUKE M.D.

HEARSAY THROUGH THE GRAPEVINE AS FOLLOWS: A PERSON CONTRATING WITH/ THROUGH A MAUREEN SUZUKE, AT THE DEPT OF EDUCATION WORKCOMP DIV. PHONE NO. 948-8004 FLYS FROM OUTER ISLAND TO MAUI, SETS UP A MEDICAL EXAMINATION ROOM INSIDE HIS MAUI BEACH HOTEL AND EVALUATES PEOPLE ( INSIDE HIS RENTED ROOM) TYPE OF HEAD SHRINKER??? OR QUEER ACTS?? INFORMATION FROM MAUI BEACH HOTEL IS NO-ONE BY A JAY LUKE OR DR. JAY LUKE M.D. HAS EVER BEEN AT THEIR HOTEL??? BUT E. SMITH HAS ACCOUNTABLE WITTNESS OF SAID PERPUTRATOR.
FACT: FRAUDULANT ATTENDING E/R IMPERSONATOR AND/OR FRAUDULANT PRIVATE STATE LICENCE PHYSICAN, RESULTING IN I.D. THIEF AS IT RELATES TO DR. JENWEI LUU THE REAL M.D. AT M.M.M.C. E/R.
AND IF SO LICENCE BY ANY STATE, RENDERS SAID PERSON IN VIOLATION OF STATE OF HAWAII ADMINSTRATIVE RULES TITLE 17 OF THE DEPT OF HUMAN SERVICES, REFER TO FEDERAL RULES, UNDER SUBCHAPTER 1 FREE CHOICE OF PROVIDERS. NOTE: PLAINTIFF ISNT A STATE EMPLOYEE OR WARD OF. ALSO PLAINTIFF WAS ON FEDERAL RETIREMENT WHEN INCIDENT 11/24/02 TOOK PLACE.

DEFENDANTS: STATE PUBLIC DEFENDERS OFFICE, WAILUKU MAUI HI. AND STATE PUBLIC DEFENDERS OFFICE DIVISION OF APPEALS, NIMITZ HWY. HONOLULU, OAHU, HI. AND DISTRICT COURT OF THE SECOND CIRCUIT, WAILUKU, MAUI, HI.

---

AS FOLLOWS: MR. ADRIEL C.S. MENOR DEPUTY PUBLIC DEFENDER MAUI DIVISION, WHO FIRST CAME ONTO/WAS ASSIGNED TO CASE FOR PLAINTIFF'S BEHALF, WAS GIVEN ALL DOCUMENTED MEDICAL EVIDANCE/HISTORY BY PLAINTIFF E. SMITH, WHICH DOCUMENTS INCLUDED MEDICAL EVALUATION REPORT BY DR. JENWEI LUU, WHO ROTATES AT M.M.M.C. HOSPITAL E/R AND IS ALSO IN PRIVATE PRACTICE IN WAILUKU, MAUI. AS STATED BEFORE DR. JENWEI LUU REPORT SEE EXHIBIT "B" STATES MULTIPLE CONTUSIONS ETC. BEFORE CASE GOT STARTED HE WAS TRANSFERRED TO REPRESENT WITHIN SECOND CIRCUIT, LEAVEING MY CASE IN DISTRICT COURT TO BE REPRESENTED BY DEPUTY PUBLIC DEFENDER, MR. THOMAS KOLBE OF 81 NO. MARKET ST. WAILUKU, HI. LOCATION. ATTEMPT BY PLAINTIFF SEVERAL TIMES, IN REGARD TO WHOSE IN POSSESION OF PLAINTIFF'S MEDICAL JACKET WHICH WAS EXTRACTED FROM MAUI MEDICAL GROUPS FILES FOR EVIDANCE, WERE IGNORED BY MR. THOMAS KOLBE, AND PRIOR TO/DOING COURT PRESENTATION (PERSONAL APOEARANCE) THROUGH JRIAL MR. T. KOLBE MADE NO ATTEMPT TO PRESENT OR SPEAK ON SAID MEDICAL ISSUES, WHICH WAS AND STILL IS THE "MAIN ISSUES" IN SAID CASE WHICH PROVES "BEYOUND A REASONABLE DOUBT" PLAINTIFF WAS INJURIED ON 11/24/2,002 BY M. PRATHER & HER P/U TRK.

CONTINUE AS FOLLOWS: DEFENDANT IN SAID CASE:

DEFENDANT DISTRICT COURT OF SECOND CIRCUIT, WAILUKU, MAUI, HI.
PRESIDEING JUDGE REENATTE COOPER.

AFTER ALL THE HAHA BALU WITH PERJURY BY COUNTY EMPLOYEES ETC, TO COVERUP THEIR "ELITE GROUP" THE PRATHERS, AND BECAUSE NON MEDICAL REPRESENTATION BY PLAINTIFFS COUNSEL, PLAINTIFF STARTED TO DEFEND HIMSELF, WITH "PHOTOS, ROAD MAP DIMANSIONS, BROKEN HAND CRUTCHS, AND FINALLY THE MEDICAL E/R MULTIPLE CONTUSIONS REPORT BY DR. JEN-WEI LUU. RESULTED IN JUDGE COOPERS REJECTIONS OF SAID MEDICAL REPORT BEING SUBMITTED ALONG WITH OTHERS THAT WAS IN MY POSSESION. I LEFT THE BUSTED RIGHT HAND CRUTCH ALONG WITH THE LEFT HAND CRUTCH IN THE COURT ROOM AS EVIDENCE, FOR COURT ROOM AMUSMENT. with NOTIFICATION.

FACT: THE ABOVE IN TOTOL VIOLATION OF HRPP RULE 47, HRCC RULE 10.1, HAWAII RULES OF PROFFESSIONAL CONDUCT RULE 1.6, 1.7, 1.8, 1.9 CONTINUE

CONTINUE RULES OF PROFFESIONAL CONDUCT:

AND IS BAISED ON THE DEFENDANTS RIGHTS TO THE EFFECTIVE ASSISTANCE OF COUNSEL ETC. UNDER ARTICLE 1. SECTION 14, OF THE HAWAII STATE CONSTITUTION, AND THE 6TH AND 14TH AMENDMENTS TO THE UNITED STATES CONSTITUTION.

WHERE-AS-AT-SAID-TIME PLAINTIFF HIMSELF DIDNOT RELIZE SOMEONE NAMED JAY LUKE M.D. WERE BEING USED-AS-A-NOT-PRESENTED-WITTNESS AGAINST HIM, AND NOT UNTIL AFTER BEING CHARGED "GUILTY" BY JUDGE R. HOOPER AND GETTING A APPEAL SUBMITTED TO I. C. OF APPEALS HONOLULU, AND DOING MORE CLOSE READING OF COURT TRANSCRIPTS DID JAY LUKES NAMED APPEAR ON POLICE REPORT AS OPPOSED TO "REAL" JENWEI LUU MEDICAL M.D. CONTUSIONS REPORT SHOWING INJURYS WERE PRESENT. CONCLUSIONS: KENNETH PRATHER WAS SITTING IN THE COURTROOM THROUGH THE TRIAL, AND BEING A SGT. IN TRAFFIC ACCIDENT CASES (INVESTIGATOR) AND A LT. COMMANDER FOR MAUIs ARMY GUARD UNIT, HE WAS MORE THEN KNOWN BY JUDGE COOPER, AND MORE THEN "APPEAR" E. SMITH WAS DUMPED IN FAVOR OF PRATHERS. TOTALLY DISCRIMINATION ISSUE.....

DEFENDANT: STATE PUBLIC DEFENDERS OFFICE OF APPEALS, NIMITZ HWY.

APPEAL CASE NO. 2P103-00932:CTB1 DEPUTY PUBLIC DEFENDER DEBORAH L. KIM, SHOWS WITHIN EXHIBIT "D", "E", THE ONLY COMMUNICATION TO E. SMITH BY HER OR HER STAFF. SHE MADE NO ATTEMPT TO RETURN MY CALLS OR LETTERS TO HER IN REGARD TO I DISCLOSEING THE WITHHOLDING OF MY EVIDENCE HERE AT MAUI DISTRICT COURT SECOND CIRCUIT, OR IN REGARD TO THE MEDICAL EVIDENCE I SUBMITTED TO HER IN REGARD TO "MULTIPLE CONTUSIONS" E/R REPORT BY DR. JENWEI LUU, WHICH IS PROOF I WAS INJURIED AS OPPOSED TO FALSE REPORTING CHARGES AGAINST I BY MAUI COUNTY GOVERNMENT ( POLICE & PROSECUTORS OFFICE) THUS FORCEING I TO REMOVE THEM FROM MY CASE AND PROCEED ON MY OWN AT STATE APPEALS COURT I.C.OF APPEALS TO CLEAR MY NAME, BUT I KNOW THE GAMES WILL CONTINUE ON THE STATE LEVEL AND DRAG ON FOR YEARS: IN VIOLATION OF A SPEEDY TRAIL AND OTHER CIVIL VIOLATIONS BECAUSE OF HIGH PROFILE CHARATERS INVOLVED IN MY REBUTTALS, & I A NON-ATTORNY.

CONCLUSION: E/R MEDICAL CONTUSIONS REPORT INCONJUCTION WITH ONE ALREADY SURGERY AND MORE TO COME , IS ENOUGH EVIDENCE TO PROCEED WITH A 100 MILLION DALLOR LAWSUIT AGAINST ALL HIGH PROFILE JACKS.

PLAINTIFF MR. EDWARD A. SMITH, MARCH 30, 2,006 VS.INJUSTICE.