APRIL 18, 2,006
PUKALANI, MAUI, HI.
TIME: 7:25 A.M.

RE: DISCOVERY ISSUES INCONJUCTION WITH PLAINTIFF MR. EDWARD A. SMITH'S, MARCH 30, 2,006 LETTER OF CIVIL RIGHTS VIOLATIONS AGAINST HIM BY THOSE INVOLVED/ASSOCIATED WITH M. PRATHER CRIMINAL CONSPIRACY AGAINST MR. SMITH & HIS INJURYS.

MONTH OF MARCH 31, 2,006, DISCOVERY INFORMATION RECEIVED FROM WAILUKU ATTORNEY MR. JAMES KRUEGER, WHILE TALKING STORY WITH MR. E. SMITH, STATED IN THE PAST HE DID A AUTO TRAFFIC CASE FOR THE PRATHER FAMILY.

(CONFIDENTAIL) THIS STATED REPRESENTATION BY MR. KRUGER, POSS: RELATED TO ANOTHER HIT AND RUN OF ANOTHER UPCOUNTRY SENIOR CITIZEN WHO WAS WORKING AS A SCHOOL CROSS WALK GUARD.

(CONFIDENTAIL) BECAUSE OF LOCAL CONDITIONS, THAT INFORMATION SUBPLIMENTED WITH OTHERS WERE REFERED TO STATE ATTORNEY GENERALS OFFICE IN HONOLULU. DATE WAS PRIOR TO 2,002, OF E. SMITHS INCIDENTS.

MR. EDWARD A. SMITH
277 ALIIOLANI STREET
PUKALANI, MAUI HI.
96768

*Edward Smith* (signature)