The Court recognizes Plaintiff, as a pro se litigant, cannot be held to the stringent pleading standards that would apply to an attorney. See Hughes v. Rowe, 449 U.S. 5, 9 (1980). Despite this lenient standard, Plaintiff fails to state any potential claim upon which relief may be granted. Plaintiff's Complaint and Supplemental Pleadings simply lack the legal and factual specificity required for the court to determine what violations Plaintiff is claiming.

Therefore, Plaintiff fails to make any sufficiently specific allegations as to how Defendants violated his rights. Moreover, he has not sufficiently demonstrated potential federal subject matter jurisdiction over this case without providing a more specific basis for his claim.

## CONCLUSION

For the reasons stated above, the court GRANTS Defendants' Motions to Dismiss Complaint Filed on November 24, 2004.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, JUN 1 5 2005

DAVID ALAN EZRA
CHIEF UNITED STATES DISTRICT JUDGE

Smith v. Maui Police Department, et al., CV No. 04-00699 DAE-KSC; ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS COMPLAINT

7

EX:
"A"