**Interrogatories:** a discovery tool of written questions to obtain information relevant to the case served on a party opponent (such as the Defendant) or a witness.

**John/Jane Doe:** a fictitious name used in legal proceedings to name a party before its real name is known; most complaints name as "Doe Defendants" corporations, partnerships, government entities, etc.

**Joint and Several Liability:** liability owed to a third party by two or more parties collectively or individually.

**Joint Liability:** liability shared by two or more parties.

**Judge:** a public officer who presides and administers the law in a Court.

**Judgment:** the determination of a Court or jury upon matters submitted to it.

**Judgment Notwithstanding Verdict:** a judgment entered by the judge that reverses the jury's verdict because there was insufficient evidence for the jury to find as it did.

**Jurisdiction:** the authority of a Court to hear and determine a case. The authority of a Court is found in the U.S. Constitution, United States Code, and the Federal Rules of Civil Procedure. Federal District Courts have jurisdiction over civil cases when (1) a question of federal law is involved; (2) the United States is a party; or (3) the lawsuit is between people from different states and the disputed amount is greater than $50,000.

**Jury:** a group of people selected and sworn to decide the merits of a lawsuit; a jury for civil trials consists of no fewer than 6 and no more than 12 members.

14

EX "C"