**Magistrate Judge:** a judicial officer of the federal district courts who usually hears motions and other pretrial matters.

**Mediation:** an informal process to resolve a dispute in which a neutral third party (mediator) helps the disputing parties in reaching an agreement.

**Motion:** a pleading filed with the Court to obtain an order in favor of the moving party. A motion can be made before trial (such as a motion to dismiss), during trial (such as a motion for directed verdict), or after trial (such as a motion for judgment notwithstanding the verdict).

**Party:** a person who is either a Plaintiff or a Defendant in a case.

**Plaintiff:** the person who brings the lawsuit and files the complaint.

**Pleading:** a document which contains formal allegation(s) by the parties involved in a case concerning their claims or defenses, such as a complaint, an answer to a complaint, a motion, etc.

**Peremptory Challenge** (at jury selection before a trial): the right to prevent someone from becoming a juror without giving a reason. Each party to a lawsuit is usually entitled to a certain number of such challenges (three in civil cases) before having to give a reason to the judge for any subsequent challenges.

**Preponderance of the Evidence:** a standard of proof which is met when more of the evidence favors the Plaintiff's position than the Defendant's.

**Pre-trial Conference:** meeting between the parties to a lawsuit presided over by a Magistrate or a Judge prior to trial in order to narrow the issues to be tried, discuss trial

15

EX:
"D"