**Voir Dire:** an examination prior to a trial by the Court and/or the attorneys or parties of prospective jurors to determine their qualifications and suitability to serve as jurors.

**With(out) Prejudice:** when a lawsuit is dismissed with prejudice, that means the same lawsuit cannot be brought to a Court again; dismissal without prejudice, on the other hand, allows the same lawsuit to be brought again.

**Work-Product:** work done by an attorney in the process of preparing for trial, which is usually not obtainable through discovery.

19

EX: "E"