

TWO-YEAR STATUE IS WAIVED BY STATE +
FEDERAL COURTS.

EX:
"F"

# HEALTHSOUTH
Aloha Surgical Center

239 Ho'ohana Street
Kahului, HI 96732

```
SMITH, EDWARD          M
BD: 10/12/36   11442--   1
Dr: Gary    Iannitello
SURGERY DATE: 08/19/05
```

## CONSENT TO OPERATION, POST OPERATIVE CARE, MEDICAL TREATMENT, ANESTHESIA, OR OTHER PROCEDURES

Patient: _Smith, Edward_                    Date: _8/17/05_

You have the right and obligation to make decisions concerning your health care. Your physician can provide you with the necessary information and advice, but because this affects you, you must enter into the decision making process. This form has been designed to acknowledge your acceptance of treatment recommended by your physician. Please feel free to ask any questions.

(1) I hereby authorize Dr. _Iannitello_ (and any associate or assistant involved in my care) to treat the following condition (s) which has (have) been explained to me. (Explain the nature of the condition(s) in professional and lay language.)

PROFESSIONAL: _Right knee derangement – Meniscal tear._

ORDINARY OR LAY LANGUAGE: _Torn cushions Right knee_

(2) The procedure(s) planned for treatment of my condition(s) has (have) been explained to me by my physician as follows: (Describe procedure(s) to be performed in professional and lay language -- if appropriate.)

PROFESSIONAL: _Right knee arthroscopy meniscectomy, chondroplasty as indicated_

ORDINARY OR LAY LANGUAGE: _Peek inside Right knee with scope shave smooth remove torn structures as_

AT: HEALTHSOUTH ALOHA SURGICAL CENTER
(Name of Facility)

(3) I recognize that, during the course of the post operative care, medical treatment, anesthesia, or other procedure, unforeseen conditions may necessitate my above named physician, and his or her assistants, to perform such surgical or other procedures as are necessary to preserve my life or bodily functions.

(4) I have been informed that there are many significant risks, such as severe loss of blood, infection, cardiac arrest, and other consequences that can lead to death or permanent or partial disability, which can result from any procedure.

(5) No promise or guarantee has been made to me as to result or cure.

Any sections below which do not apply to the proposed treatment may be crossed out. All sections crossed out must be initialed by both physician and patient.

(6) I consent to the administration of (general, spinal, regional, local, conscious sedation) anesthesia by or under the direction or supervision of Dr. _____ as may be deemed necessary. I understand that all anesthetics involve risks that may result in complications and possible serious damage to such vital organs as the brain, heart, lungs, liver and kidney. These complications may result in paralysis, cardiac arrest and related consequences or death from both known and unknown causes.

(7) I consent to the use of transfusion of blood and blood products as deemed necessary. I have been informed of the risks, which are transmission of disease, allergic reactions and other unusual reactions.

(8) Any tissues or parts surgically removed may be disposed of by the facility or physician in accordance with accustomed practice.

(9) I consent to the taking and publication of any photographs in the course of this operation, post operative care, medical treatment, anesthesia or other procedure for the purpose of advancing medical education.

(10) Also, for the purpose of advancing medical education. I consent to the admittance of observers to the operating room, during my post operative care, medical treatment, anesthesia or other procedures.

(11) Any additional comments may be inserted here. _Alternative leave as is or shot Patient aware he will have some leftover permanent Right knee pain despite adequate surgery. Patient aware back_

(12) I have had the opportunity to ask questions about this form. _and hip trouble not impro by knee surgery_

FULL DISCLOSURE _I am happy is lowering events to Rt. knee surg. e.s._   _Risks include infection, blood clots, same or worse pain, need for more knee surgery, anesthesia/medical problems. Consent read to patient_

I agree that my physician has informed me of the:
a) diagnosis or probable diagnosis
b) nature of the treatment or procedures recommended
c) risks or complications involved in such treatment or procedures.
d) alternative forms of treatment, including non-treatment, available, and
e) anticipated results of the treatment.

_Edward G. Smith_
Patient/Other Legally Responsible Person's Signature If Applicable*

_Dan Iannitello_
Physician's Signature

_Edward Gon Dudoit_     _8/17/05_     _12:00_  □AM  □PM     _MMG office_     EX:
Witness                 Date          Time                  Place

*If patient is a minor, unable to sign or incompetent to give consent, relationship of person authorized to give consent must be stated.

006  Rev. 6/03                    Original-Chart    Yellow-Patient Copy

SMITH, EDWARD A        M
BD: 10/12/36   11442-- 2
Dr: Gary    Iannitello
SURGERY DATE:  05/19/06





EX:
"F-3

**MAUI MEDICAL GROUP, INC.**
WAILUKU • LAHAINA • UPCOUNTRY

For Appointment Only
249-8080

*Left Hand*
*Pika*
*PRATHER case*

M _____

has an appointment with _Dr. Gary Iannitello_ 2nd floor

on _April 06,06_ at _8:30 Am_

Please call us in advance if unable to keep this appointment.
Visit us online at www.mauimedical.com

---

**MAUI MEDICAL GROUP, INC.**
WAILUKU • LAHAINA • UPCOUNTRY

For Appointment Only
249-8080

*PRATHER case*
*Left Hand*

M _Edward Smith_

has an appointment with _Radiology_

on _Thurs 4/20_ at _12:30 pm_

Please call us in advance if unable to keep this appointment.
Visit us online at www.mauimedical.com

---

MAUI MEDICAL GROUP, INC.
2180 Main Street
Wailuku, HI 96793
Phone:
242-6464 / 242-4270 / 242-4253

HAS AN APPOINTMENT WITH
PHYSICAL THERAPY

John Smith, RPT

M _Edward Smith_

*PRATHER case KNEE.*

at _4/14_
at _2000_
at ____
at ____
at ____
at ____

IF UNABLE TO KEEP THIS
APPOINTMENT KINDLY GIVE
24 HOURS NOTICE

---

MAUI MEDICAL GROUP, INC.
2180 Main Street
Wailuku, HI 96793
Phone:
242-6464 / 242-4270 / 242-4253

HAS AN APPOINTMENT WITH
PHYSICAL THERAPY

John Smith, RPT

M _Edward Smith_

*May 12*

_04-Tues_ at _9:00_
_09-Tues_ at _10:00_
_11-Thurs_ at _10:00_
_16-Tues_ at _10:00_
_18-Thurs_ at _10:00_

IF UNABLE TO KEEP THIS
APPOINTMENT KINDLY GIVE
24 HOURS NOTICE

---

**MAUI MEDICAL GROUP, INC.**
WAILUKU • LAHAINA • UPCOUNTRY

For Appointment Only
249-8080

M _Edward_

has an appointment with _Iannitello_

on _April 27_ at _9:15_

*PRATHER*

Please call us in advance if unable to keep this appointment.
Visit us online at www.mauimedical.com

---

**MAUI MEDICAL GROUP, INC.**
WAILUKU • LAHAINA • UPCOUNTRY

For Appointment Only
249-8080

M _Gary Smith_

has an appointment with _Resample_

on _Feb 9_ at _6:15 PM_

Please call us in advance if unable to keep this appointment.
Visit us online at www.mauimedical.com

EX
"E"
4

# Aloha Surgical Center

*239 Ho'ohana Street • Kahului, HI 96732*
*808 893-0578 • Fax 808 893-0580*

SMITH, EDWARD A                M
BD: 10/12/36 11442--    2
Dr: Gary   Iannitello
SURGERY DATE:    05/19/06

## OUTPATIENT SURGERY AND ANESTHESIA INSTRUCTIONS

Arrival Time: 10 30 am      F11

An appointment has been made for your outpatient surgery. Please report to the Aloha Surgical Center on 5/19/06 (date). A parent or legal guardian must accompany patients wh are under 18 years of age, unless married, to sign the necessary papers. The following important instructions must be strictly followed.

- ☑ DO NOT eat or drink ANYTHING after midnight the night prior to your surgery. This is extremely important. If the patient is a child, a careful watch is necessary to prevent anything being taken by mouth. SURGERY WILL BE CANCELLED IF ANYTHING IS TAKEN BY MOUTH (unless your physician has given you other directions).

- ☐ If you are taking prescription medications, please ask your physician if and when you should take them on the day of surgery. Medications to be taken on the morning of surgery, with a sip of water are: _____

- ☐ If you are diabetic, bring your insulin and a snack with you on the day of your surgery.

- ☑ If you develop a change in your general health, such as a COLD, FEVER, PERSISTENT COUGH, or RUNNY NOSE, you should notify your physician immediately. Also, if any cut, abrasion, burn, rash, or infection develops near the surgical area, notify your physician. Please call Aloha Surgical Center at 893-0578 if an event occurs which necessitates cancellations of surgery. Please leave a message if we are closed.

- ☐ PLEASE BRING ESTIMATED CO-PAY/PAYMENT OF $ _____

- ☑ DO NOT bring money, cell phone, or other valuables to the surgical center.

- ☑ Remove all jewelry.

- ☑ Wear loose-fitting clothing to prevent any constriction or pressure of the operative area.

- ☐ No make-up or hair styling products.

- ☐ If you must wear contact lenses, please bring appropriate containers because they must be removed before surgery.

- ☑ If your surgeon asked you to get crutches or cryocuff, pick it up and bring into the facility, when you arrive.

- ☑ YOU MUST BE ACCOMPANIED HOME BY A RESPONSIBLE PERSON. YOU MUST bring the name and phone number of that person and give them to your nurse upon arrival. The nurse will contact this person when you are ready to go home. Please make sure this person can be easily reached by phone so that your discharge is not delayed. You WILL NOT be allowed to drive home by yourself, or leave unaccompanied. Please be aware that your time of discharge could be anywhere from 1 to 4 hours from the time you are scheduled for surgery.

- ☐ There is always the possibility that you may have to be admitted to the hospital.

- ☐ Please be aware there may be a delay in your surgery time due to increased length of time for preceding cases and/or emergency cases.

- ☐ Special instructions _____

SURGERY **WILL BE CANCELLED** IF THESE INSTRUCTIONS ARE NOT FOLLOWED.

I have received a copy and understand the above instructions.

x *Edward Smith*                     x _____        5/17/16
**Patient (or parent/legal guardian)**              **Witness**                                      **Date**

EX:
"F" 5

White – Chart          Yellow – Patient Copy          ©HRC 2006
PS 8018