**Address:**

R. EDWARD A. SMITH (PRO-SE)
77 ALIIOLANI STREET.
UKALANI, MAUI, HI. 96768



MS Contractor
.cms.hhs.gov/medicare/cob





**MEDICARE- Coordination of Benefits**
Medicare Claims Investigation Project
PO Box 5041
New York NY 10274-5041



MEDICARE-Coordination of Benefits
Medicare Claims Investigation Project
PO Box 3175
Little Rock, AR  72203-3175

ntractor
hs.gov/COBGeneralinformation

**OFFICIAL MEDICARE DOCUMENTS**

FIRST CLASS MAIL
U.S. POSTAGE & FEES
**PAID**
CENTERS FOR MEDICARE
& MEDICAID SERVICES-HH
PERMIT NO. G-28



EX
"C" 1-4

 

MEDICARE - Coordination of Benefits
1-800-999-1118 or (TTY/TDD): 1-800-318-8782

```
**MIXED AADC 720**AUTO- R:16279 T2:00080 P:00374 F:26702    May 06, 2006
EDWARD A SMITH
277 ALIIOLANI ST  SELF REPRESENTING
MAKAWAO HI  96768-8329
```

DEAR EDWARD A SMITH:

RE: Beneficiary Name: EDWARD A SMITH
HIC#: 576327821A

Medicare has been advised that you have been retained to represent the above beneficiary for matters arising out of the above referenced illness/injury. In order to accurately update the beneficiary's records, we need you to confirm the information below. *A prompt response is necessary.*

**Employer Name:** SELF PRO-SE, UNDER U.S. DISTRICT COURT OF HAWAII,
**Address:** PRESIDEING CHIEF, U.S. DISTRICT JUDGE, DAVID A. EZRA
**Address:** FEDERAL BLDG. 300 ALA MOANA BLVD. C338, HONOLULU,OAHU,I
**City: **State:** HI.  **Zip: 96850-0338
Name of Group Health Plan/Insurance Carrier: MAUREEN PRAPHER & R & F WANKMULLER.
Address: 286 ALIIOLANI ST. MAKAWAO HI. 96768-8329,196 NALANI ST. MAKAWAO HI
Address: OR 760 SO. KIHEI RD. KIHEI HI. 96753, (2240 HOOPER RD.YUBA CTY C/
City: PUKALANI  State: HI  Zip: 96768  (CA-95991 & 3)( 945 FHA STA ST.YUBA CTY (
CASE Policy Number: CV0400699       **Policy Holder: NOT DISCLOSED AS YET.
**Insurance Type: [ ] Hospital Only    [ ] Medical Only    [x] Medical and Hospital
Date Coverage Began: 11/24/2002    Date of Illness or Injury: 11/24/2002

**Prescription Drug Group ID:     **Prescription Drug PCN:  NO. 01410000
**Prescription Drug Member ID:    **Prescription Drug BIN:  NO. 603286

\* Please note that the fields marked with asterisks "*" above indicate that no information is currently on file and should be provided by you on the attached questionnaire.

Medicare acknowledges that you may file a claim and/or a civil action against a third party on your client's behalf, seeking damages for injuries he/she received and medical expenses he/she incurred as a result of the above illness/injury.

To ensure a timely response, please call our toll free customer service line at: 1-800-999-1118 or 1-800-318-8782 for the hearing impaired or use the enclosed questionnaire and courtesy reply envelope to supply us with any information requiring a change to your records. Failure to respond could result in the incorrect payment of medical claims. If the above information accurately reflects the information regarding other insurance coverage, there is no need to reply to this inquiry.

Continued

We would like to take this opportunity to advise you of the applicability of the Medicare Secondary Payer Laws. Per 42 U.S.C. 1395y (b) (2) and 1862 (b)(2)(A)(ii) of the Act, Medicare is precluded from paying for a beneficiary's medical expenses when payment "has been made or can reasonably be expected to be made . . . under a Workers' Compensation plan, an automobile or liability insurance policy or plan (including a self-insured plan) or under no-fault insurance." However, Medicare may pay for a beneficiary's covered medical expenses conditioned on reimbursement to Medicare from proceeds received pursuant to a third party liability settlement, award, judgment or recovery.

In these instances, Medicare's reimbursement is reduced by a pro rata share of procurement costs. It is in your and your client's best interest to keep Medicare's payment and the obligation to satisfy Medicare's claim in mind when negotiating and accepting a final dollar amount in settlement of the claim with the third party. Medicare's claim must be paid up front out of settlement proceeds before any distribution occurs. Moreover, Medicare must be paid within 60 days of receipt of proceeds from the third party. Interest may be assessed, if Medicare is not repaid in a timely manner. Repayment of Medicare's conditional payments must be made to the local Medicare contractor or the lead contractor handling this case.

Upon receipt of your response to his letter, we will appropriately update your client's Medicare file, and promptly issue an attorney package to you which includes the name, address and telephone number of the lead Medicare contractor that will handle the specifics of this case to recovery, and a release form to be forwarded to the lead contractor.

If you have any questions regarding this letter or any questions regarding Medicare as a secondary payer for services, please call (800) 999-1118.

CC: EDWARD A SMITH

## NOTICE TO PATIENT ABOUT THE COLLECTION AND USE OF MEDICARE INFORMATION (PRIVACY ACT STATEMENT)

The Social Security Act mandates the collection of this information. The purpose of collecting this information is to properly pay medical insurance benefits to you or on your behalf.

Information collected may be given to health insurance providers and suppliers of services (and their authorized billing agents) directly or through fiscal intermediaries or carriers, for administration of title XVIII; and to an individual or organization for a research evaluation, or epidemiological project related to the prevention of disease or disability, or the restoration or maintenance of health.

The identification number we are using is your Medicare Health Insurance Number. While furnishing the information on this form is voluntary, the Medicare program may not be able to make accurate claims payment when the requested information is not available in its records.

Public Law 100-503, the Computer Matching and Privacy Protection Act of 1988 permits the government to verify information by way of computer matches. Anyone who knowingly and willfully makes or causes to be made a false statement or representation of a material fact for use in determining a right to payment under the Social Security Act commits a crime punishable under Federal law by fine, imprisonment, or both.

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0938-0214. The time required to complete this information collection is estimated to average 5 minutes per responder, including the time to review instructions, search existing data resources, gather the data needed, and complete and review the information collection. If you have any suggestions for improving this form, please write to: CMS, Attn: PRA Reports Clearance Officer, 7500 Security Boulevard, Baltimore, Maryland 21244-1850.

# MEDICARE SECONDARY PAYER DEVELOPMENT

NAME: EDWARD A SMITH

MEDICARE HEALTH INSURANCE CLAIM NUMBER: 576327821A

INSTRUCTIONS: This form will be read by a computer. Please print as shown below. Stay within the boxes. Use CAPITAL letters. Mark boxes with an X. **USE BLACK OR BLUE INK.**

EXAMPLE: | | A | B | C | | | 1 | 2 | 3 | | |

## SECTION A - INFORMATION ABOUT YOU

1) Do **YOU** have any group health plan coverage based upon your current employment?
   YES ☐   NO ☒   (If NO, go to SECTION B)

2) How many employees, including yourself, work for the employer from whom you have health insurance?
   Don't Know ☐   1-19 ☐   20-99 ☐   100 or More ☐   (If less than 20, go to SECTION B)

Please provide information about the employer and the employer group health plan in the spaces below:

EMPLOYER NAME: 
ADDRESS: 
ADDRESS: 
CITY:    STATE:    ZIP: 
NAME OF GROUP HEALTH PLAN: 
ADDRESS: 
ADDRESS: 
CITY:    STATE:    ZIP: 
DATE INSURANCE COVERAGE BEGAN: MM-DD-YYYY
POLICY NUMBER: 

TYPE OF INSURANCE: HOSPITAL/MEDICAL ☐   HOSPITAL ONLY ☐   MEDICAL ONLY (DOCTOR/SUPPLIER) ☐

3) Does your group health plan cover prescription drugs?   YES ☐   NO ☐   (If NO, go to SECTION B)
   Please use your insurance card to provide the following information if available:
   Rx GROUP: WELLCARE, MEdiCARE RX
   Rx PCN: 0 1 4 1 0 0 0 0
   MEMBER ID: 3 2 7 0 0 8 0
   Rx BIN: 6 0 3 2 8 6

## SECTION B - INFORMATION ABOUT YOUR SPOUSE/OTHER FAMILY MEMBER

1) Do **YOU** have any group health plan coverage based upon your spouse's/other family member's current employment?
   YES ☐   NO ☒   (if NO, go to SECTION C)

2) How many employees, including your spouse/other family member, work for the employer from whom they have health insurance?
   Don't Know ☐   1-19 ☐   20-99 ☐   100 or more ☐
   (If less than 20, go to SECTION C)

OMB # 0938-0214

(TURN PAGE OVER) 3

## SECTION B - INFORMATION ABOUT YOUR SPOUSE/OTHER FAMILY MEMBER, CONTINUED

Policy Holder/Subscriber's First Name

Policy Holder/Subscriber's Social Security Number

Policy Holder/Subscriber's Last Name

Please provide information about the employer and the employer group health plan in the spaces below:

EMPLOYER NAME

ADDRESS

ADDRESS

CITY      STATE   ZIP

NAME OF GROUP HEALTH PLAN

ADDRESS

ADDRESS

CITY      STATE   ZIP

DATE INSURANCE COVERAGE BEGAN    POLICY NUMBER

M M - D D - Y Y Y Y

TYPE OF INSURANCE: HOSPITAL/MEDICAL ☐  HOSPITAL ONLY ☐  MEDICAL ONLY (DOCTOR/SUPPLIER) ☐

3) Does your family member/spouse's group health plan cover prescription drugs?
   YES ☐   NO ☐   (If NO, STOP, go to SECTION C)

Please use your insurance card to provide the following information, if available:

Rx GROUP                           Rx PCN

MEMBER ID                          Rx BIN

## SECTION C - MORE INFORMATION ABOUT YOU

1) Are YOU receiving **Black Lung** Benefits?                          YES ☐   NO ☒
2) Are YOU receiving **Workers' Compensation** benefits?               YES ☐   NO ☒
3) Are YOU receiving treatment for an injury or illness which another party could be held **liable** or could be covered under **no-fault** or **auto insurance**?     YES ■   NO ☐

**STOP**  If YOU answered YES to any questions in this section, go to SECTION D
If YOU answered NO to all of these questions, sign below and return this form only.

Your Signature: MR. Edward A. Smith (PRO-SE)

AREA CODE   PHONE NUMBER
808 - 572 - 5202

## MEDICARE SECONDARY PAYER DEVELOPMENT, CONTINUED

NAME: EDWARD A SMITH (PRO-SE) PLAINTIFF.

MEDICARE HEALTH INSURANCE CLAIM NUMBER: 576327821A

### SECTION D - MORE INFORMATION ABOUT YOU

1) If **YOU** are getting **Black Lung** (Coal Miner's) Medical Benefits, print the date the benefits began.

   MM-DD-YYYY    NONE.

2) If **YOU** are now receiving any medical services related to an illness or injury which occurred on the job, for which **YOU** have or will file a **Workers' Compensation** claim, print the date of illness or injury.

   MM-DD-YYYY    NOT RECEIVEING SERVICES UNDER MEDICARE, FOR ANY JOB-RELATED-INJURYS.

Please provide information about the employer and the employer, insurance carrier, and attorney in the spaces below:

EMPLOYER NAME

ADDRESS

ADDRESS

CITY    STATE    ZIP

NAME OF INSURANCE CARRIER

ADDRESS

ADDRESS

CITY    STATE    ZIP

POLICY or CLAIM NUMBER

NAME OF ATTORNEY (If Applicable)

ADDRESS

ADDRESS

CITY    STATE    ZIP

BRIEF DESCRIPTION OF ILLNESS OR INJURY

OMB # 0938-0214    (TURN PAGE OVER)    4

## SECTION D – MORE INFORMATION ABOUT YOU, CONTINUED

3) If **YOU** are now getting any treatment for an illness or injury for which another party could be held **liable**, please print the date of illness or injury: `11 - 24 - 2000` (MM-DD-YYYY)

NAME OF INSURANCE CARRIER: UNDISCLOSED AT PRESENT DATE.

ADDRESS:

ADDRESS:

CITY / STATE / ZIP:

POLICY or CLAIM NUMBER: FEDERAL BLDG. HONOLULU, OAHU HI / CV0400699 U.S. DISTRICT COURT.

NAME OF ATTORNEY (If Applicable): RICHARD L. ROST

ADDRESS: 2041 MAIN ST. WAILUKU MAUI HI. 96793

ADDRESS:

CITY: WAILUKU MAUI HI.   STATE: HI   ZIP: 96793

BRIEF DESCRIPTION OF ILLNESS OR INJURY: BUSTED RT.- KNEE, RT.- SHOULDER, SPRAIN- RT.- WRIST, SECOUNDARY INJURYS- LEFT-HAND, OTHER-SIDE-EFFECTS, AND COMPLICATIONS

4) If **YOU** are now getting any treatment for an illness or injury which could be covered under **no-fault** or **automobile insurance**, print the date of the illness or injury: `11 - 24 - 2002` (MM-DD-YYYY)

NAME OF INSURANCE CARRIER: UNDISCLOSED- AS- YET- BY- DEFENDANTS.

ADDRESS:

ADDRESS:

CITY / STATE / ZIP:

POLICY or CLAIM NUMBER:

NAME OF ATTORNEY (If Applicable): SAME AS ABOVE.

ADDRESS: SAME AS ABOVE.

ADDRESS:

CITY: SAME AS ABOVE.   STATE / ZIP:

BRIEF DESCRIPTION OF ILLNESS OR INJURY: SAME AS ABOVE.

Your Signature: Mr. Edward U. Smith.

AREA CODE / PHONE NUMBER: 808 - 572 - 5200 2

OMB # 0938-0214