THE MAUI WRAP, Tuesday, August 30, 2005

# Maile alert system in place



**Maui police detective** Ken Prather (right) programmed a test Maile-Amber Child Abduction Alert while fellow detective Rick Martinez (center) and Big Island police Capt. Chad Fukui observed Thursday. The demonstration broadcast was issued successfully from the Wailuku Police Station.



The Maile-Amber Alert test message flashed across the screen on KGMB, Channel 9, while "Guiding Light" was being shown.



**Maui Arts & Cultural Center**

The Contemporary Museum
**BIENNIAL OF HAWAII ARTISTS**
Exhibit SEPT 17- OCT 16
Schaefer International Gallery
TUE-SUN • 11am – 5pm • FREE!

Maui Film Festival presents:
**YES**
WED • AUG 31 • 5 & 7:30 pm
Castle Theater
$10, $8 w/MFF 5-Film Pass

MACC Season Opener:
Smooth Jazz Saxophone
**DAVID SANBORN**
THU • SEP 1 • 7:30 pm
Castle Theater
$25, $35, $45

Of "What The Bleep" Film Fame
**DR. JOE DISPENZA**
Lecture:
Your Brain & Your Potential

several months. Previous tests were done without generating radio broadcasts and "crawlers" on television screens.

It was Prather's voice that went out over the airwaves to announce the test. That caught the attention of his wife, Maureen, who called him to report she had heard the broadcast on two radio stations.

Another woman, who saw the test on television, called police

In the 911 emergency call center, large television screens normally tuned to national news channels were switched to KFVE and KGMB just for the test.

After repeating that the transmission was "only a test," detective Prather told listeners that information would be given to help authorities locate a child in an actual emergency.

"This concludes this test of the

EX: "H"-1

Page 2 – Tuesday, August 24, 2004 – THE MAUI WRAP

# 3 brothers from Ki[hei]

### Galos among the many soldiers, reservists who reported for Iraq duty



KAHULUI — The Galo home in Kihei became empty last week as three brothers in the Hawaii Army National Guard prepare for a yearlong deployment to Iraq.

Richard Galo, 23; Romeo Galo, 22, and Roy Galo, 21, sons of Josefina and Artemio Galo of Kihei, were part of a group of Hawaii Army National Guard soldiers and reservists who reported for active duty on Aug. 16 at the Kahului Armory.

> "When they see me crying, (they say) 'Don't worry, Mommy.'"
> — Josefina Galo, who's three sons are heading to Iraq

The Maui contingent joined about 2,000 citizen soldiers in Hawaii with the 29th Infantry Brigade as they began at least four months of training on Oahu and the Mainland before heading for Iraq.

Even though the Galo brothers are only three of thousands, they will be missed.

"I feel kind of sad," said Josefina Galo of her three only children. "(But) I just believe in God."

Romeo and Roy Galo left for Oahu as part of the Company A 29th Support Battalion, which is an Oahu unit with Maui members that specializes in transportation and support.

They were the earliest to leave Maui before the larger group of around 70 Maui residents with the Company C 2/299 Infantry left for Oahu on

Hawaii Army Nation[al Guard soldiers] (from left) Romeo Galo, Ric[hard Galo and] Roy Galo departed la[st week,] heading overseas for [training.] Richard and Roy Gal[o left for]

Schofield Barracks.

He said members of [the trans]portation group he hea[ds have] equipment and personn[el and] they are capable of dri[ving 20-]ton trucks.

"They are good sold[iers and] workers," he said.

While he could not s[ay how] many were leaving, be[cause of] security reasons, Asun[cion said] most soldiers are youn[g, in] their 20s.

Asuncion, 37, of Ka[hului] said this also will be h[is de]ployment since he join[ed the] National Guard in 198[_].

Roy Galo said his m[otto is] "Train hard, work hard[, come] home safely."

Roy and Romeo Ga[lo will] keep an eye on each ot[her, but] they will be concerned [that] they will not be with a [fourth] brother who is in Com[pany C.]

Richard Galo, who [is in] Company C, said he's [a lit]tle bit nervous."



**Sen. Daniel Inouye** (third from left) offers congratulations to Gov. Linda Lingle and Mayor Alan Arakawa on the completion of the new Puunene Armory. Meanwhile, Leslie Kulololo (from left), Maj. Gen. Robert Lee and Brig. Gen. Joseph Chaves completed untying a maile lei to open the facility on Aug. 18.

## New Guard HQ in Puunene dedicated

Continued from page 1

months of training. Eventually they'll head for duty in Iraq.

Overall, the Hawaii Army National Guard is deploying about 2,000 men and women to Iraq. Guardsmen say they are being sent to Balad, a city north of Baghdad in the volatile Sunni Triangle. Details of their mission have not been released.

Gov. Linda Lingle said the deployment order is having more of an impact on the islands because it means men and women who consider Hawaii their home are now being called to serve. Other deployments have involved soldiers and Marines who are from other states but stationed in Hawaii.

"These are our own. This is Hawaii they're deploying," Lingle said.

Lingle told the soldiers she's thought about them every day since the mobilization order was issued and she promised "to do everything we can" for their families while the soldiers serve abroad.

Alvarado said. He's been on Maui for only six months and has served on active duty in the past in places like Florida.

"This is different from my other experience. People didn't talk about family, or ohana, from where I come from," he said.

Spc. Clark Hill said his wife, Maura, and 2-year-old son, Hunter, are somewhat accustomed to having him away for a week at a time because of his job with The Nature Conservancy.

But the family has never been apart for months on end. Hill said the hardest part about duty will be missing his family.

This is the first activation of the Hawaii Army National Guard since 1968, when guardsmen were called up during the Vietnam War.

The commander of Company C, 2nd Battalion, 299th Infantry is 1st Lt. Ken Prather. He said people have been reaching out to the de[_]

EX "H-2"

who are enrolled in at least six classes, including at least four solid courses.

**Grade 9** — Josephine Adolpho, Kuulei Alameida, Estrella Madani, Colton Manley, John Rosales.

**Grade 10** — Ayla Bicoy, Tierra Madani, Kelsy Takashima.

**Grade 11** — Maati Kaawa, Jeanette Tensfeldt, Zaneta Whitten.

**Grade 12** — Mia Langer, Jeremiah-Randy Luafalemana-Kalauli, Carmen McCartney.

### Honor Roll
#### 3.5-3.9 Grade-Point Average

**Grade 9** — Petrena Alvarez, Jerome Clemente, Sabryna Corpuz, Javis Esteron, Dylan Guerrero, Ryan Johnston, Courtney Keanini, Alanna Kong, Leya-Justina Luafaiemana, Stephanie Price.

**Grade 10** — Arian Blair, Kristan Forsberg.

**Grade 11** — Pualalea Alcon, Riley Domingo, Shardae Maliu-Calairo, Clinton Manley, Joseph Masui, Kimberly Mokuau, Anuhea Naeole, Nohea Pangkee, Hanson Wong.

**Grade 12** — Jennifer Boswell, Leisha Marie Caspillo Aalona, Kaulunae Hamakua, Chelsea Lee Joao Sanchez, Elizabeth Kahoohanohano, Joshua Kai-Corpuz, Krystale-Sharyan Kaneakua, Devon Kikukawa, Loraine Puaoi-Dawson, Kamuela Tapia, Jessica Wooldridge, Camille Zukeran.

### SACRED HEARTS SCHOOL
#### Third Quarter

**Principal's List**
**4.0 Grade-Point Average**

**Grade 5** — Julian Bel-Robert, Makenna Stockham.

**Grade 6** — Paige Casil.

**Grade 7** — Chaney Countryman, Kristin Fuller, Koral Gill.

**Grade 8** — Samantha Monge, Greg Hogan, Celine Munoz, Jordan Ondatje, Diego Torres.

**First Honors**
**3.5 to 3.9 Grade-Point Average**

**Grade 4** — Taylor Garde, Megan Hogan, Misha Whitehead, Lucas Cohen.

**Grade 5** — Sydney Fousek, Rhys Lendio.

**Grade 6** — Evan Blumer, Nick Diehl, Perdido, Olivia Ripple, Michael Sayles, Nicholas Schlag, Nicole Shearer, Christina Sutrov.

**Grade 11** — Kevin Brown, Korena Burgio, Emma Burns, Filiberto Colon, Ryan Furtado, Karen Hargrove, Adam Istvan, Spencer Kelsey, Shane O'Connor, Thomas O'Malley, Alexander Papazian, Brian Park, Lauren Perry, Leah Reeves, Bailey Roberts, Taryn Stark, Dallas Verhagen, Aimi Watanabe.

**Grade 10** — Sierra Arlidge, Elsa Bloedon, Zeph Colombatto, Adam Davis, Lindsay Forbes, Kim Goodfellow, Jazmyne Koch, Michelle Mallen, Aileen O'Connor, Tanya Rebhan, Rachael Shinno, Elise Sokolow-Hergott.

**Grade 9** — Logan Anderson, Sta... Goodfellow, Jonathon Gorman, Joa... Harran, Leilani Ichinose, Zachary Jo... son, Carina Lau, Casey Mortense... Michelle Neal, Nikita Popov-McCollu... Adrian Rimm, Katherine Shoema... Jade Silver, Lesley Smith, Ma...us Tatum.

### Middle School
#### Headmaster's List
#### 3.7-Plus Grade-Point Average

**Grade 7** — Roxanne Berman, D...an Bowlus, Maddisen Dellplain, Clyd... Engle, Scarlett Engle, Spencer H...de, Miles Kelsey, Carissa Land, Va...ntin Miro-Quesada, Zachary Pezzillo, ...aron Pietsch, Taylor Rudow, Arta Sh...khodai, Amy Singleton, Conner S...ow, Kanza Stott, Sean Swift.

**Grade 8** — Tatiana Bradley, N...han Brandes, Lauren Clark, Keana Cr...ner, Forrest Dein, Dylan Emde, Darre... Fryer, Robert Greenleaf, Katie H...arl, Nicholas Noufer, Natalia R...ers, Pierce White, Nytn Yashiro.

#### High Honors
#### 3.3 to 3.69 Grade-Point Average

**Grade 7** — Darcy Keester, Ja... Kozlo, Lea Lundblad, Ashley Malek... shley Toda, Mackenzie Yamamoto-L...ne.

**Grade 8** — Cady Cadiz, Jo...ua Chapple, Elliott Cost, Hayden ...zy, Megan Hazen, Katelyn Iannitello, ...oki Ichinose, Dylan McNeil, Minam...to, Michael Sugimura, Heather Viets... ark Walker, Janea Yamagata-Lopez...

...giate Hispanic Honor Society.

To be a member, a student must attain excellence in the study of the Spanish language, literature and culture, and be nominated by a faculty member.

The society was founded in 1919 at the University of California, Berkeley.

It is the only honor society exclusively for students of Spanish in four-year colleges and universities.

Coryell is a 2004 graduate of Seabury Hall.

## DEAN'S LISTS


**Prather**

WEST POINT, N.Y. — Cadet Michael Robert Prather has been named to the dean's list for the fall semester at the U.S. Military Academy.

Those on the dean's list must have a 3.0 or higher grade-point average in all courses. The fall semester covers the period from August to December.

Prather, a 2003 graduate of King Kekaulike High School, is the son of Kenneth and Maureen Prather of Pukalani.

Upon graduation from West Point in 2007, he will be commissioned as a second lieutenant in the Army.


Dry Cleaners
Kala St., Suite 101
ne 249-2532
**Open in u Millyard**
rs of Business
0–5:30 Sat: 8:00–1:00
for **20% off** all orders.
expires 4/30/06

"Experience with **Excellent Customer Service**"
Queen Ka'ahumanu Center Office Bldg., Ste. 210 & 201
Ph: **877-7400**

**Audie Pascual**
Sr. Loan Officer
Cell: 385-1525

Home Loans & Refinancing
Used under license. Credit on approval. Terms subject to change without notice. Not a commitment to lend. Call for details. Residential mortgage licensee.


EX "H"-3

A8 – Saturday, April 8, 2006 – THE MAUI NEWS

# The Maui News

It was Maui Pineapple Co.'s first major foray into land development and resulted in changing the name to Maui Land & Pineapple Co. It took nearly 20 years to turn the idea into reality. After the Kapalua Bay Hotel opened in 1978, one of the problems was dealing with swarms of pineapple bugs from nearby fields.

The problem eventually went away, largely due to the resort turning the fields into golf courses, the site of another hotel and villas that sold for more than $1 million at a time when that was an astronomical sum for Maui real estate.

The Kapalua Bay Hotel, although not the first of the luxury resort facilities, gained a reputation for being refined but in a relaxed manner. Cameron, then the president and CEO of a family-owned company, wanted everything about the hotel to be the very best, despite other family members objecting to what they saw as extravagance.

ML&P underwent a change in management with the turn of the new century. The new president and CEO, David Cole, began taking the company in new directions. One of those was to reorient Kapalua.

The Kapalua Bay Hotel closed at noon Friday to make way for a new kind of resort complex. Twenty-eight years can hardly be called an era, but the end of the hotel certainly is another link in a chain of constant change.

# Letters

## Wrongful death lawsuit may force state to improve service

I don't know what it will take for the state to do what it is legally obliged to do respecting transporting seriously ill or injured Maui citizens to Oahu hospitals which are able to provide better care to them than is available here on Maui.

I don't know what is worse: The crash of the air ambulance service the state has chosen to foist off on Maui citizens, or the fact it just doesn't fly. At least if they don't fly, they don't crash.

It is outrageous for state Department of Health Deputy Director Dr. Linda Rosen, to state that "the system was working as well as could be expected" (The Maui News, April 1). If a two-day delay is as good as can be expected, then we Mauians better lower our expectancies for medical help on Oahu to the expectancy of premature or unnecessary death.

I doubt that Dr. Rosen would continue to stand up for such a system had she been the wife of a person in Richard Rost's condition who unfortunately died while waiting for the plane to come which didn't. Reminds me of the movie "The Gang That Couldn't Shoot Straight."

Will it take a wrongful death suit against the state for its careless provisions of air medical transport to outer island patients to change things, and would the state again say the system was working as well as could be expected?

Best of luck, Rick. Maybe this experience in your life could prove to be as important an event in it that you might have ever done in pointing out this terrible puka in provision of Hawaii medical care.

James Krueger Jr.
Wailuku

## How do I dislike new guide? Let me count the ways

I find The Maui News' new TV guide to be a reader unfriendly, uninformative, disastrous jumble. The previous guide, "On the Tube," had deficiencies such as no listing for the Lifetime Movie Channel, many movies excluded from the movies-on-TV list and no informa-

release.

Some of you even came to the Wednesday night testimonial meetings to express your support verbally. I would also echo the sentiments expressed by the board of directors of the Christian Science Monitor in a statement released on March 30.

"The immense efforts to secure one reporter's release ultimately must be for some larger cause, for something beyond the one news bulletin we've longed to hear every day since Jan. 7, when Jill was captured and her translator was killed. Anyone who is being held captive, out of any willful passion or purpose, should be freed. Those who have been kidnapped before and after Jill must have their freedom, too. In fact, even kidnappers themselves deserve freedom from the kind of imprisonment their lives represent.

"We hope and trust in the power of divine grace. . . . The people of a region known as 'the cradle of civilization' have rights beyond the human and political to enjoy the blessings of a civil and calm society."

The complete statement as well as videos about Ms. Carroll's release and stories she wrote as an independent correspondent for the Monitor are available at www.csmonitor.com.

Thank you all for your prayers.

Chris Braden
Waikapu

## Making subdivisions into sump areas works out

While other islands are having and streets washed away,
Maui came out of the storms pret-
Although we received less rain,
can also thank our county Plan-
ment for requiring all those retai-
for new subdivisions. Because of
a lot less brown water in the oce-
houses didn't get flooded. Tha-

## Not so tongue-in-cheek predictions for Maui

Year 2010: All pineapple and s-

become crutches that everyone see on these days. Alcoholism a-
Please! Don't try to tell me that ye homeless across our state are abus- can tell you from personal exp-
many are.

The few who need public assist- weeded out through interviews, r- cohol screening, and the remainder for themselves. There are jobs w-
something and shelters for those abuse substances.

If you choose to abuse drugs, l- cohol, and it leaves you with nothi- clean and get a job. Simple. Tak- sponsibility for your actions and have sympathy for the truly need-
for the lazy.

EX:
H-4