## NOTICE OF PUBLIC HEARING
### MAUI PLANNING COMMISSION

The Maui Planning Commission for the County of Maui hereby gives notice that it will conduct a hearing on June 27, 2006 commencing at 9:00 a.m., or as soon thereafter as is practicable in the Planning Department Hearing Room, 1st Floor, Kalana Pakui Building, 250 S. High Street, Wailuku, Maui on the following:

### STATE LAND USE COMMISSION SPECIAL USE PERMIT

MR. KIRK TANAKA of R.T. TANAKA ENGINEERS on behalf of HAWAIIAN CEMENT requesting an amendment to their State Land Use Commission Special Use Permit in order to increase their quarry area by approximately 66 acres in the State Agricultural District at TMK: 3-8-004: portion of 001, Pulehunui, Wailuku, Island of Maui. (SP 92-380) (SUP1 910013)

### SPECIAL MANAGEMENT AREA USE PERMIT

1. MR. GLENN CORREA, Director, COUNTY DEPARTMENT OF PARKS AND RECREATION requesting a Special Management Area Use Permit for the Kamaole Beach Park III Replacement Comfort Station Project for the 604 square foot replacement comfort station and related improvements and the conversion of an existing restroom to lifeguard storage at TMK: 3-9-004: 048, Kihei, Island of Maui. (SM1 2006/0004)

2. LOUGHEAD MANAGEMENT, LLC requesting a Special Management Area Use Permit in order to construct the proposed Loughead Single-Family Residence [...], Island of Maui. (SM1 2005/0023)

3. KOBAYASHI GROUP, LLC requesting a Special Management Area Use Permit and Shoreline Setback Variance for the proposed redevelopment of the Wailea Renaissance Hotel into a St. Regis condominium hotel and related improvements consisting of the demolition of the existing structures, the development of 193 condominium units (for sale with hotel amenities) on property and related infrastructure and landscape improvements at 3350 Wailea Alanui Drive, TMK: 2-1-008:067, Wailea, Island of Maui and various improvement at the adjacent Ulua/Mokapu Beach Park parking area including resurfacing and landscaping at TMK: 2-1-008: 088, Wailea, Island of Maui. (SM1 2005/0035) (SSV 2005/0004).

Work covered under the Shoreline Setback Variance application includes the demolition of existing structures (including the Mokapu Wing), installation of a grasscrete emergency vehicle access, installation of a sewerline connection (to an existing sewerline), landscaping, and irrigation.

The subject public hearings will be conducted in accordance with the Hawaii Revised Statutes, the Maui County Code, and the Rules of the Maui Planning Commission. Information pertaining to the subject applications may be obtained from the Maui County Department of Planning, 250 S. High Street, Wailuku, Maui.

Petitions to intervene shall be in conformity with Section 12-201-20 of the Rules of Practice and Procedure for the Maui Planning Commission and shall be filed with the first public hearing date. Filing of all documents to the commission is c/o the Maui Planning Department, 250 South High Street, Wailuku, Maui, Hawaii 96793. The deadline for the filing of a timely Petition to Intervene is June 13, 2006 at 4:30 p.m.

All testimony regarding the subject applications may be filed prior to the date of the hearing by providing 15 copies of said written testimony to the Department of Planning or may be presented at the time of the hearing.

Those interested persons requesting accommodation due to disabilities, please call the Department of Planning at (808) 270-7735 or notify the Department of Planning in writing at 250 S. High Street, Wailuku, Maui, Hawaii 96793 or fax number (808) 270-7634; at least six (6) days before the scheduled meeting.

MAUI PLANNING COMMISSION
by MICHAEL W. FOLEY
Planning Director

(MN: May 26, 2006)

[Classified ads surrounding the notice:]

'96 SAAB 900 SE Conv. 67K miles. Good cond. Below KBB $6300 / obo. 878-3468

'97 BMW 318i Conv auto, low miles, fun car, great shape, $9,500. 879-7988

'97 BMW 328i Conv Dealership maint. Good cond. $10,500 242-5408, 298-9506

'97 BMW 740iL beaut black, orig owner, 75k mi. $11,000 Call 572-1852

'97 Honda Accord LX, auto, perfect car, excl mileage, CD stereo, $4300, 573-3272.

'97 Honda CRV, 4 dr, black, 47K, auto, AC, power everything. $7700 obo. 298-4800.

'97 JAGUAR All options, good cond, must see. $9,900. Call 878-6744

'97 KIA SUV 4 dr. 5 spd. 4x4. 1 owner. Run good. $2975. 298-8324

'97 MERCEDES Benz C230 A/T, 100K, snrf, CD, like new, excl cond $12,000. 891-8177

'97 Mercedes C280, 4DR, auto, luxury at great price. $9900 obo. (808)203-3151

'98 BMW 323i Convt w/hrd 5 spd. A/C, P/W, 6xCD, R. great. $10,900 obo. 268-[...]

'98 BMW 528i Slvr, mn[...] 6 CD, AC, gray lthr. 75[...] $15,900 / obo 879-65[...]

'98 PRELUDE V[...] Pearl white. Xlt. con[...] land car $9,000. 280[...]

'98 Subaru Legacy[...] No rust. Runs wel[...] 69,200 mi. $8000. [...]

'98 Volvo S90 [...] beloved luxe car, u[...] value $8900. 24[...]

'98 VOLVO V-70 [...] A/C, racks, $4300 OBO[...] Island. Must sell. 26[...]

'98 VW Beetle [...] 105k mi, great cond[...] CD, ipod. $5000bo. 57[...]

'98 VW Cabrio GLS Black on black. Leather. Loaded. A/C. 110K mi. $4900. 280-1033

'99 AUDI A6 Quattro A/T, AC, Lthr. GYF 803. $14,851 LEXUS OF MAUI 877-4411

'99 BMW 323i Conv. Sport pkg. A/T, wht, gry lthr. 6 CD. A/C. 37K. $19,200. 879-6549

'99 BMW 528i, black, sunrf, leather, auto, 4DR, sports pkg. $16,500. 280-1255.

'99 Honda Civic EX Auto, A/C, CD, alarm. Lvg isl, must sell. $5900 obo. 205-8776

'99 Honda Civic LX 78k mi, PW/L, CD, AC, great cond. $6500. 541-543-7484

'99 Hyundai Elantra 100k mi, looks & runs good, AC, PL/W, $3500. 808-344-1459

'99 Lexus GS300 clean, under 60k mi. $16,995 Lic #MMM524 Great Deals Everyday @ www.MauiToyota.com 877-2781

'99 Mercedes C230 Kompressor, 4dr sedan, 63k mi, $11,950. Call 385-4929

'99 Porsche Boxster auto, xlnt cond, 60k mi, 1 owner, $21,000. Call 808-264-1423

TO PLACE A LEGAL AD CALL THE MAUI NEWS CLASSIFIED DEPT. AT 242-6333



2006 Hyu[ndai]

0% Financing Available

On approved credit. Prices shown are and/or may be available only to certain complete details. Vehicles may not [be equipped as shown with optional] accessories. Sale ends June 1, 2006. †All payments based on $1500 down.

At the Classi[fieds] keep you on th[e...]



EX: "I"