CERTIFICATE OF SERVICE:

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FORE-GOING DOCUMENT WAS DULY SERVED ON                UPON THE FOLLOWING BY ☐ HAND DELIVERY OR ☒ MAIL, POSTAGE PREPAID AT THE FOLLOWING ADDRESS:

1. CORPORATION COUNSEL
   200 S. HIGH STREET
   WAILUKU, MAUI, HI. 96793
   ATTORNEY FOR DEFENDANT COUNTY OF MAUI POLICE DEPT. & COUNTY OF MAUI PROSECUTORS.

2. DEPARTMENT OF THE ATTORNEY GENERAL
   425 QUEEN STREET
   HONOLULU, OAHU, HI. 96813
   ATTORNEY FOR DEFENDANT DISTRICT COURT OF THE SECOUND CIRCUIT.

3. MRS. MAUREEN PRATHER
   286 ALIIOLANI STREET, PU~~~~~, MAUI, HI. 96768
     AND
   196 NALANI STREET, ~~~~~, MAUI, HI. 96768
     OR
   760 SO ~~~~~, MAUI, HI. 96753

   *[stamp: TO: RICHARD L. ROST, 2041 MAIN ST. WAILUKU HI. ZIP: 96793 CV04-00699]*

   2240 ~~~~ER RD. YUBA CITY CA 95993 0000

4. MR. & MRS. ROBERT THOMAS WANKMULLER, WF FRANCES ELENOR WANKMULLER. 286 ALIIOLANI STREET, & 196 NALANI STREET, PUKALANI, MAUI, HI. 96768 OR 760 SO. KIHEI RD. KIHEI, MAUI, HI. 96753, OR 2240 HOOPER RD. YUBA CITY CA 95993 0000, OR 945 FHA STA ST. YUBA CITY CA 95991

*Mr. Edward A. Smith.*

MR. EDWARD A. SMITH,
PLAINTIFF PRO- SE