MOTOOKA YAMAMOTO & REVERE
A Limited Liability Law Corporation

JACQUELINE E. THURSTON     7217-0
1000 Bishop Street, Suite 801
Honolulu, Hawaii  96813
Email: jackie@myrhawaii.com
Tel. No. (808) 532-7900
Fax No. (808) 532-7910

Attorney for Defendant
MAUREEN PRATHER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EDWARD A. SMITH,<br><br>            Plaintiffs,<br><br>     vs.<br><br>MAUI POLICE DEPT., ET AL.,<br><br>            Defendants. | Civil No. 04-00699 DAE KSC<br><br>DEFENDANT MAUREEN PRATHER'S JOINDER TO DEFENDANTS MAUI POLICE DEPARTMENT AND DEPARTMENT OF THE PROSECUTING ATTORNEY'S MEMORANDUM IN OPPOSITION TO PLAINTIFF EDWARD SMITH'S MOTION FOR RECONSIDERATION FILED JUNE 9, 2006, FILED JUNE 21, 2006; CERTIFICATE OF SERVICE |

Joinder to Opp to P's Mtn for Recon.pld.doc

**DEFENDANT MAUREEN PRATHER'S JOINDER TO DEFENDANTS MAUI POLICE DEPARTMENT AND DEPARTMENT OF THE PROSECUTING ATTORNEY'S MEMORANDUM IN OPPOSITION TO PLAINTIFF EDWARD SMITH'S MOTION FOR RECONSIDERATION FILED JUNE 9, 2006, FILED JUNE 21, 2006**

Defendant Maureen Prather, by and through her attorneys, Motooka Yamamoto & Revere, hereby joins Defendants Maui Police Department and Department of the Prosecuting Attorney's Memorandum in Opposition to Plaintiff Edward Smith's Motion for Reconsideration, Filed June 9, 2006, ("Motion") filed June 21, 2006.

Plaintiff Edward Smith's ("Plaintiff") Motion should be denied for the reasons set forth in Defendants Maui Police Department and Department of the Prosecuting Attorney's Memorandum in Opposition as well the reasons set forth below.

Plaintiff erroneously claims that the Court's Order Granting Defendants' Motion to Dismiss Complaint filed November Filed November 24, 2004 was not a "final judgment". See p. 1 of Plaintiff's Motion. Obviously Plaintiff is mistaken as final judgment was entered on June 16, 2005 in favor of defendants. See, Judgment in a Civil Case filed June 15, 2005 in this matter. Plaintiff's Motion is the fore untimely under FRCP 59. Plaintiff's Motion sets forth no new legal authority or factual allegations to support reconsideration under FRCP 60. Based On the untimeliness and

frivolous nature of Plaintiff's Motion, Plaintiff should be subject to sanctions.

Based on the forgoing and the reasons set forth in Defendants Maui Police Department and Department of the Prosecuting Attorney's Memorandum in Opposition, Plaintiff's Motion should be DENIED.

DATED: Honolulu, Hawaii, June 26, 2006.

　　　　　　　　　　　　　　　　__/s/ Jacqueline E. Thurston_____
　　　　　　　　　　　　　　　　JACQUELINE E. THURSTON

　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　MAUREEN PRATHER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EDWARD A. SMITH,<br><br>             Plaintiffs,<br><br>vs.<br><br>MAUI POLICE DEPT., ET AL.,<br><br>             Defendants. | Civil No. 04-00699 DAE KSC<br><br>CERTIFICATE OF SERVICE |

Joinder to Opp to P's Mtn for Recon.pld.doc

## CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served by First Class Mail:**

    Edward A. Smith                                                     June 26, 2006
    277 Aliiolani Street
    Pukalani, Hawaii  96768

    Plaintiff, Pro Se

    Richard l. Rost, Esq,                                         June 26, 2006
    2041 Main Street
    Wailuku, Hawaii 96793

    Attorney for Defendants
    Dr. and Mrs. Robert T. Wankmuller

**Served Electronically through CM/ECF:**

    Brian Moto, Esq.                        June 26, 2006
    Richard B. Rost, Esq.
    richard.rost@co.maui.hi.us
    Corporation Counsel
    200 South High Street
    Wailuku, Hawaii 96793

    Attorney for Defendants
    Maui Police Department and Maui County
    Department of the Prosecuting Attorney

    Joanna B.K. Fong                    June 26, 2006
    jfong@hilaw.us
    Holly T. Shikada
    Deputy Attorney General
    235 S. Beretania St., Rm. 304
    Honolulu, Hawaii 96813

    Attorneys for Defendant
    District Court of the Second Circuit

        DATED: Honolulu, Hawaii, June 26, 2006.

                                      /s/ Jacqueline E. Thurston
                                      _____
                                      JACQUELINE E. THURSTON

                                      Attorney for Defendant
                                      MAUREEN PRATHER