LAW OFFICE OF
RICHARD L. ROST
Attorney at Law

RICHARD L. ROST     1038-0
2041 Main Street
Wailuku, Hawaii 96793
Telephone: (808) 244-9044

Attorney for Defendants
Robert Thomas Wankmuller
and WF Frances Elenor Wankmuller

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| EDWARD A. SMITH, | ) | CIVIL NO. 04-00699 DAE/KSC |
| | ) | |
| Plaintiff, | ) | DEFENDANTS ROBERT THOMAS |
| | ) | WANKMULLER AND WF FRANCES |
| vs. | ) | ELENOR WANKMULLER'S |
| | ) | JOINDER IN DEFENDANTS |
| MAUI POLICE DEPT., et. al., | ) | MAUI POLICE DEPARTMENT |
| | ) | AND DEPARTMENT OF THE |
| Defendants. | ) | PROSECUTING ATTORNEY'S |
| | ) | MEMORANDUM IN OPPOSITION |
| | ) | TO PLAINTIFF EDWARD |
| | ) | SMITH'S MOTION FOR |
| | ) | RECONSIDERATION; |
| | ) | CERTIFICATE OF SERVICE |
| | ) | |
| | ) | TRIAL DATE: None |
| | ) | |

DEFENDANTS ROBERT THOMAS WANKMULLER AND WF FRANCES ELENOR
WANKMULLER'S JOINDER IN DEFENDANTS MAUI POLICE DEPARTMENT
AND DEPARTMENT OF THE PROSECUTING ATTORNEY'S
MEMORANDUM IN OPPOSITION TO PLAINTIFF EDWARD SMITH'S
MOTION FOR RECONSIDERATION

Comes Now, Richard L. Rost as attorney for Robert

Thomas Wankmuller and WF Frances Elenor Wankmuller and

joins in the opposition to Plaintiff Edward Smith's Motion

1

for Reconsideration submitted by Defendants Maui Police Department and Department of the Prosecuting Attorney. Wankmuller Defendants submit there is no factual or legal basis to support the motion and it should be denied.

DATED:  Wailuku, Maui, Hawaii  JUN 2 3 2006 _____

_____
RICHARD L. ROST
Attorney for Defendants
Robert Thomas Wankmuller
and WF Frances Elenor
Wankmuller

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, a true and correct copy of the foregoing was duly served upon the below-listed counsel of record, by mailing same via first class mail, postage prepaid, addressed as follows:

    Edward A. Smith
    277 Aliiolani Street
    Pukalani, Hawaii 96768

    Plaintiff Pro Se

    Brian Moto, Esq.
    Richard B. Rost, Esq.
    Corporation Counsel
    200 South High Street
    Wailuku, Hawaii 96793

    Attorneys for Maui Police Department
    and Maui County Department of the
    Prosecuting Attorney

    Joanna B.K. Fong, Esq.
    Holly T. Shikada, Esq.
    Deputy Attorneys General
    Department of the Attorney General
    235 S. Beretania Street, Room 304
    Honolulu, Hawaii 96813

    Attorneys for Defendant
    Wailuku District Court of the
    Second Circuit Court

Jacqueline E. Thurston, Esq.
Motooka, Yamamoto & Revere LLLC
1000 Bishop Street, Suite 801
Honolulu, Hawaii 96813

Attorney for Defendant
Maureen Prather

DATED: Wailuku, Maui, Hawaii    JUN 2 3 2006  _____

                                                RICHARD L. ROST
                                                Attorney for Defendants
                                                Robert Thomas Wankmuller
                                                and WF Frances Elenor
                                                Wankmuller