CC. DAG

FOR Judge

EDWARD A. SMITH
277 ALIIOLANI ST.
pukalani, MAUI, HI. 96768

PHONE: 572-5202
PLAINTIFF
PRO-SE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 7 2006    Ag

IN THE UNITED STATES DISTRICT COURT    at ___ o'clock and 15min ___ M
FOR THE DISTRICT OF HAWAII    SUE BEITIA, CLERK

EDWARD A. SMITH,

PLAINTIFF,

VS.

1. MAUI POLICE DEPT, COUNTY
   PROSECUTORS, (AGENTS) FOR
   MAUI COUNTY GOVERNMENT.
2. DISTRICT COURT OF THE
   SECOND CIRCUIT, STATE OF
   HI.
NR3. MRS. MAUREEN PRATHER &
   MR. & MRS ROBERT THOMAS
   (FRANCES ELENOR) WANKMULLER.
               AND
4. JOHN DOES, JOHN DOES CORP-
   ORATIONS, PARTNERSHIPS, ROE
   NON-PROFIT ORGANIZATIONS
   ROE GOVERNMENT AGENCIES
   1-100.

CIVIL NO. CV04-00699 DAE/KSC

(OTHER CIVIL ACTION)

PLAINTIFF'S RESPONSE TO ALL DEFENDANTS
MEMORANDUM FILED IN OPPOSITION TO
PLAINTIFF EDWARD A. SMITH'S MOTION
FOR RECONSIDERATION, AND REQUEST FOR
"JURY TRIAL" COURT FILED JUN 09, 2006.
UNDER RULE 60 (B) (1) EXCUSABLE NEGLECT
PHYSICAL INJURYS.
                    AND

(28 U.S.C. 1367) PENDENT PARTY
JURISDICTION, AGAINST STATE ATTORNEY
GENERALS OFFICE, STATE OF HI. (SEE
PAGES SIX, SEVEN & EX: "F"-7,&"F"-8.

CERTIFICATE OF SERVICE:

INCLOSED ORIGINAL PHoto "F" 9

COMES NOW, PLAINTIFF MR. EDWARD A. SMITH, AND HEREBY SUBMITS HIS
DOCUMENTATION (INCLOSED) IN REBUTTAL AGAINST ALL COMPLAINTS FILED
AS MEMORANDUM BY DEFENDANTS IN SAID CASE, WHICH ARE NOT SHOWING
ANY LEGAL UNITED STATES DISTRICT COURT FILED STAMP SEAL  (BLANK)

' DOCUMENTS FOLLOWS NEXT PAGE, WITH PLAINTIFF'S RESPONSE.

THIS IS PAGE TWO: OF FRONT PAGE;

COMES NOW PLAINTIFF MR. EDWARD A. SMITH'S RESPONSE/REBUTTAL
AGAINST ALL DEFENDANTS & THEIR ATTORNYS MEMORANDUM'S AGAINST
PLAINTIFF'S MOTION FOR RECONSIDERATION & REQUEST FOR "JURY TRIAL"
COURT FILED JUN 09, 2006. ( IN A LEGAL MANNER). E.S.

1. RICHARD L. ROST ATTORNEY FOR ROBERT THOMAS WANKMULLER AND WF

FRANCES ELENOR WANKMULLER, OWNERS OF SAID REAL PROPERTY AT 286
ALIIOLANI STREET, PUKALANI MAUI HI. LOCATED DIRECTLY ACROSS THE
ROADWAY FROM 277 ALIIOLANI ST. RESIDANCE OF PLAINTIFF MR. E. SMITH
AND OF WHERE PLAINTIFF E. SMITH WAS PHYSICALLY ASSULTED TWO TIMES
ON COUNTY SIDEWALK, FRONTING HIS DRIVEWAY BY DAUGHTER MRS. MAUREEN
PRATHER WITH A PICKUP TRUCK. MRS. MAUREEN PRATHER CLAIMS IN STATE
SECOND CIRCUIT COURT TRANSCRIPTS THAT SAID MAIL BOXS ARE IN HER
WAY WHEN REVERSEING OUT OF HER/THEIR DRIVEWAY. NOTE: MR. E. SMITH'S
MAIL BOX ALSO LOCATED ACROSS SAID ROADWAY (RUAL MAIL ROUTE) SINCE
1970'S BEFORE ANY HOME BUILT OPPISITE SIDE OF/AT 286 LOCATION.
286 MAILBOX MAUREEN PRATHER CLAIMS ARE IN HER WAY, AND FORCEING
HER TO DRIVE ABNORMALLY OUT HER FAMILYS (WANKMULLER) PROPERTY
AFTER SAID 286 MAILBOX WAS RELOCATED  FROM CENTER OF 286 PROPERTY
TO RIGHT END SIDE OF 286 DRIVEWAY, THUS SHE NOW CLAIMS RESPONSIBLE
FOR HER ABNORMAL DANGERUS DRIVEING PROBLEMS, AND BLAMES E. SMITH
ALSO FOR INTERFERING, AND ATTORNEY RICHARD L. ROST REPRESENTING
OWNERS OF 286 REAL PROPERTY, THE WANKMULLERS STATES IN HIS DATED
JUNE 23 2,006 NON COURT FILED OPPOSEING MEMORANDUM THAT PLAINTIFF
E. SMITH HAS NO FACTUAL OR LEGAL BASIS TO SUPPORT HIS MOTIONS???????
SEE PAGE TWO: NON-COURT FILED DATED JUNE 23, 2,006

VS.

PLAINTIFF'S E. SMITH'S RIGHTS UNDER SUPPLEMENTAL JURISDICTION
(28 USC 1367 ()  PENDENT PARTY JURISDICTION 1. PLAINTIFF WITH VALID
FEDERAL CLAIM AGAINST ONE DEFENDANT MAY BRING STATE BASED CLAIM
AGAINST SECOND DEFENDANT OVER WHOM NO INDEPENDENT BASIS OF FEDERAL
JURISDICTION EXISTS. (IN REGARD TO OWNERSHIP OF RELOCATED MAILBOX)
INVOLVED IN MAUREEN PRATHER'S BLOCKING/IN THE WAY MAILBOX. PLUS.
RELATED FEDERAL ISSUES AGAINST WANKMULLERS....ALREADY ON FILE.
L. ROST CLAIMS E. SMITH DONT HAVE NO FACTUAL OR LEGAL BASIS TO
SUPPORT HIS MOTION?????? ( L.ROST IS TOTOL FRAUDULENT REPORTING)
PLAINTIFF E. SMITH CLAIMS L. ROST SHOULD RE-DO HIS PHYSICAL EXAM
AGAIN....FOR.IMPAIRED.JUDGEMENT..OR INABILITY TO READ, OR
REFUSEING TO ACCEPT LEGAL EVIDANCE.. WHATEVER HIS PROBLEM..WITH
H IS-FRAUD-ACTS..    CONTINUE TO PAGE THREE:

THIS IS PAGE THREE:

COMES NOW PLAINTIFF MR. EDWARD A. SMITH'S RESPONSE/REBUTTAL
AGAINST ALL DEFENDANTS & THEIR ATTORNEYS MEMORANDUM'S AGAINST
PLAINTIFF'S MOTION FOR RECONSIDERATION & REQUEST FOR JURY TRIAL
COURT FILED JUN 09, 2,006 (IN A LEGAL MANNER)...E.S.

2. MOTOOKA YAMAMOTO & REVERE, CLAIMING TO BE ATTORNEYS FOR MAUREEN
PRATHER, SAYS PLAINTIFF IS MISTAKEN  AS FINAL JUDGEMENT WAS ENTERED
ON JUNE 16, 2,005 IN FAVOR OF DEFENDANTS. SEE, JUDGEMENT IN A CIVIL
CASE FILED JUNE 15, 2,005 IN THIS MATTER....?????????
ABOVE TOP PARAGRAPH DEFENDANTS STATES: PLAINTIFF ERRONEOUSLY CLAIMS
THAT THE COURTS ORDER GRANTING DEFENDANTS MOTION TO DISMISS COMPLAI-
-NT FILED NOVEMBER 24, 2,004 WAS NOT A "FINIL JUDGEMENT"????
THEY THEN STATE PLAINTIFF'S MOTION IS UNTIMELY UNDER FRCP 59. AND
HAVE NONEW LEGAL AUTHORITY OR FACTUAL ALLEGATIONS TO SUPPORT
RECONSIDERATIONS UNDER FRCP 60, AND SLANDERS PLAINTIFF'S TIMELINESS
WITH THEIR OWN FRIVOLOUS "BULLSHIT FRAUD ACTS" SHOWN ON PAGE NO. TWO.
NON-COURT-FILED *NO* COURT SEAL...DATED JUNE 26, 2,006 CERT. OF SER.
                              VS.

PLAINTIFF'S E. SMITH'S RESPONSE IS- "WHO THE HELL ARE YOU"?????????
CORRECT: THIS STATED NOVEMBER 24, 2,004 COMPLAINT & SUMMONS WAS
FILED BY PLAINTIFF FEDERAL DISTRICT COURT IN A TIMELY MANNER...
AND IS-NOT-CLOSED-UNDER-ANY-PRESENT-FINAL-JUDGEMENT-TO-DISMISS.
SECOND: PRATHER'S AND WANKMULLERS WAS REPRESENTED BY RICHARD L.
ROST FROM DAY ONE OF 2,004. WHERE DID YOU COME FROM?? I NEVER
HEARD OF YOU TILL NOW, FROM YOUR NON-COURT-FILED -NO-COURT-SEAL
JUNE 26, 2,006 MEMORANDUM "WAHA-MOUTH-ARGUMENTS.....
AND YOU HAVE THE GAIN-SAY TO INSULT/SLANDER PLAINTIFF AS BEING
"UNTIMELY"???ON YOUR PAGE NO. TWO. COME-ON, WHAT BURLESQUE
THEATER THOUGHT YOU LEGAL MANNERS, OR PROPER CODE OF REFERING
OR TRANSFERING OF LEGAL CASES, AS ASSOCIATE OR NON-ASSOCIATE??
YOU & YOUR LAW FIRM SHOULD BE SANCTION. MR. L. ROST ALSO HAD
A PROBLEM, "BUT" IT EXCUSABLE BEING A MEDICAL PROBLEM, BUT NOT
EXCUSABLE FOR HIS LEGAL SECRETARY OR PARALEGAL, FOR NOT INFOR-
MING U.S. DISTRICT COURT OR I IN A PROPER LEGAL MANNER OF RE-
LEASEING RESPONSIBILITY OF MR. & MRS. PRATHER (DEFENDANTS IN
SAID CASE) AS TO JOINT OWNERSHIP OF PROPERTY RIGHTS, TO CASE.
THIRD: REGARDLESS IF YOU HI-JACKED OR FOUND YOUR DEFENDANTS CASE
IN L. ROST TRASH CAN AS RELATED TO PRATHER'S, ITS YOUR PROBLEM
TO EXTRACT TOTOL CASE FILES TO STUDY, DO YOUR DANCEING WITH L.
ROST...        CONTINUE TO PAGE NO. FOUR:

THIS IS PAGE FOUR:

COMES NOW PLAINTIFF  MR. EDWARD A. SMITH'S RESPONSE/REBUTTAL
AGAINST ALL DEFENDANTS & THEIR ATTORNEYS MEMORANDUM'S AGAINST
PLAINTIFF'S MOTION FOR RECONSIDERATION & REQUEST FOR JURY TRIAL
COURT FILED JUN 09, 2,006 (IN A LEGAL MANNER)...E.S.

3. RICHARD B. ROST, DEPUTY ATTORNEY FOR MAUI POLICE DEPT. &
PROSECUTING ATTORNEY COUNTY OF MAUI GOVERNMENT, ARGUES ON GROUNDS
OF PRESERVEING DWINDLING RESOURCES & PROMOTING JUDICIAL EFFICIENCY,
AND OF NOT 'REHASHING' ARGUMENTS PREVIOUSLY PRESENTED, NOR RECON-
SIDER NEW EVIDANCE WHICH COULD HAVE BEEN DISCOVERED PRIOR TO
COURTS RULEING, BLA, BLA, BLA, ????

                            VS.

PLAINTIFF E. SMITH'S RESPONSE IS- "THANK YOU MR. RICHARD B. ROST",
FOR DIRECTING I TO (FRCP 60) (B) (1) -(b) (6)
FIRST : UNDER RULE 60 (b) (1) THE DEFENDANTS ARE IN ERROR TO FINAL
JUDGEMENT ENTERED ON JUNE 16, 2,005 FAVORING DEFENDANTS, WHICH NO/
NONE COMMUNICATION SHARED WITH PLAINTIFF, AND ONLY ONE DAY AFTER
JUNE 15, 2,005 DISMISSEL NOT SHOWING WITH OR WITHOUT PREJUDICE, OF
WHICH I DID RECEIVE SAID JUNE 15, 2,005 NOTICE, WHICH IS THE ONLY
NOTICE I RECEIVED..
ANY JUNE 16, 2,005 FINAL, SPOKEN OF WOULD BE A FRAUD/RUSH COVERUP
AT THIS LATE DATE, AND A IN-JUSTICE-ACT AGAINST A PHYSICALLY
DISABLED PERSON & A SENIOR, & VIOLATION OF PLAINTIFF'S RULE 59(E)
RIGHTS TO FILE 10 DAYS AFTER JUNE 15, 2,005 DISMISSEL.
SECOND: UNDER RULE 60 (B) (1) EXCUSABLE NEGLECT, PLAINTIFF'S
INJURYS (PHYSICALL) AS SHOWN IN COPYS SENT TO U.S. DISTRICT COURT
WHICH WAS COURT FILED OCT 17, 2,005, WITH RECEPIENT INTERMEDIATE
COURT OF APPEAL (STATE OF HI) SHOWS PAINFULL MEDICAL PROBLEMS PER
EXHIBIT "C" WITH VERY-LATE-SURGERY-STARTUP ON ONE INJURY WITH
OTHERS TO FOLLOW. ( INCLOSED OTHERS IN THIS PACKAGE).— AS EXHIBITS.
THIRD: UNDER RULE 60 (B) (2) NEW DISCOVERED EVIDANCE.. PLAINTIFF
STATES ALL MEDICAL INJURYS & COMPLICATIONS ARE ALREADY PART OF
PLAINTIFF'S NOVEMBER 24, 2,004 COMPLAINT & SUMMONS FILED WITH U.S.
DISTRICT COURT, STATE OF HI. SHOWN AS EXHIBIT NO. SEVEN OF 3 EA.
MEDICAL REPORT OF DR. JENWEI LUU, SHOWING MULTIPLE CONTUSIONS..
REPEAT: UNDER EXCUSABLE NEGLECT, MEDICAL DOCUMENTS INCLUDED AS
EVIDANCE/EXHIBITS TO OTHER INJURYS OF BOTH HANDS & RIGHT SHOULDER
IN REGARD TO SAID CASE (LITIGATION) WOULD BE REGARDED MORE AS

SUPPLEMENTS NOT AS DISCOVERY, UNLESS IT LATER TURN TO CANCER.

THIS IS PAGE FIVE:

CONTINUE: PER RICHARD B. ROST:

FORTH:   UNDER RULE 60 (B) (3) FRAUD ARGUMENTS AND/OR ATTEMPT
TO CORRECT A ERROR BY DEFENDANTSINVOLVED IN MANIFESTING COURT
INJUSTICE WITH A UNSEEN FALSE JUNE 16, 2,005 FINAL COURT
DISMISSEL DOCUMENTS, AGAIN VIOLATION OF PLAINTIFF'S RIGHTS
UNDER RULE 59 (E) RIGHTS TO FILE 10 DAYS AFTER JUNE 15, 2,005
DISMISSEL. ALTHOUGH MOTION FOR RE-CONSIDERATION IS AT A LATER
DATE......ITS STILL BEEN FILED UNDER RULE 60 (B) (1) EXCUSABLE
NEGLECT....PER PHYSICAL INJURYS..

FIFTH: DEFENDANTS CONTINUE TO SHIT-MOUTH, ABOUT PLAINTIFF CASE DONT
HAVE FEDERAL JURISDICTION...
                         VS:
PLAINTIFF REPEATS: FRAUD SHIT-MOUTHING BY DEFENDANTS BECAUSE THEY
SHAME TO GET WHIP IN A COURT ROOM  BATTLE JUDGEMENT DAY, BY A
HIGH SCHOOL DROP-OUT..J. E. Smith.
PLAINTIFF ONLY NEEDS INLARGED COPYS OF POLICE REPORTS, MEDICAL
REPORTS FROM DAY ONE TO PRESENT DATE, COURT COPY TRANSCRIPTS
AND A FEW LIVE WITNESS TO TESTIFY, AND (YOUR-ALL-WHIPED) WITH
PED-GIN ENGLISH, FRONTA JURY...........

COMES NOW PLAINTIFF MR. EDWARD A. SMITH'S RESPONSE/REBUTTAL
AGAINST ALL DEFENDANTS & THEIR ATTORNEYS MEMORANDUM'S AGAINST
PLAINTIFF'S MOTION FOR RECONSIDERATION & REQUEST FOR A JURY TRIAL
COURT FILED JUN 09, 2,006 (IN A LEGAL MANNER)...E.S.

4. DEPARTMENT OF THE ATTORNEY GENERAL . 425 QUEEN STREET
HONOLULU, OAHU, HI. (ATTORNEYS FOR STATE OF HAWAII GOVERNMENT)
                         VS.
PLAINTIFF E. SMITH HAS NOT RECEIVED ANY MEMORANDUM OR ARGUMENTS
FROM DEFENDANT STATE OF HI. ATTORNEYS, IN REGARD TO E. SMITH'S
COURT FILED JUN 09, 2,006 MOTION FOR RECONSIDERATION & REQUEST
FOR "JURY TRIAL," based on E. SMITH'S RIGHTS UNDER (FRCP 60) (B)(1)
TO (B) (6) PLAINTIFF E. SMITH REQUEST FOR RECONSIDERATION IS BASED
MOSTLY ON RULE 60 (B) (1) EXCUSABLE NEGLECT, AS IT RELATES TO
PHYSICAL INJURYS WITH PRIMARY BLOCKAGE TO BOTH HANDS, FOLLOWED
WITH OTHER INJURYS. MEDICAL DOCUMENTS INCLOSED AS EXHIBIT EVIDENCE.
SAME REMARKS ON PAGE FOUR, TO ATTORNEY RICHARD B. ROST, FOR MAUI
COUNTY POLICE DEPT. & PROSECUTORS OFFICE, & TOP OF PAGE(ABOVE)

PAGE NO. SIX:

COMES NOW PLAINTIFF MR. EDWARD A, SMITH'S RESPONSE/REBUTTAL
MEDICAL PERSONAL INJURYS EXHIBITS, AS IT RELATES TO (FRCP 60)
(B) (1) EXCUSABLE NEGLECT. AGAINST DEFENDANTS MEMORANDUMS...

1. ALREADY SUBMITTED TO U.S. DISTRICT COURT, COPYS OF OCT 17,
2005 COURT FILED TO/WITH STATE I.C.A. CASE NO S.C. 26362, TITLED
"MOTION FOR MISTRIAL" SHOWING EXHIBIT "B" MAUI MEMORIAL MEDICAL
CTR. HEALTH INSURANCE CLAIM FORM, BY ACTING E/R PHYSICAN DR.
JENWEI LUU WHO REPORTS OF "MULTIPLE CONTUSIONS" FOUND ON MR.
EDWARD A. SMITH ON DAY OF INCIDENT 11/24/02.
SAME PACKAGE SHOWS EXHIBIT "C" AS AGREEMENT OF SURGERY, WITH
SURGERY DATE OF 08/19/05 WITH ATTACHED PHOTO AFTER SURGERY.
2. ALREADY SUBMITTED TO U.S. DISTRICT COURT, COURT FILED JUN 09,
2006, "MOTION FOR RECONSIDERATION" CV04-00699 DAE/KSC, EXHIBITS
"F"-1, "F"-2, "F"-3 AS PHOTO OF E. SMITH DAY OF SURGERY, SAME
ABOVE AGREEMENT OF SURGERY WITH HEALTHSOUTH SURGICAL CENTER.
CLARIFICATION TO ABOVE "F"-3 WHICH WAS SURGERY DONE ON LEFT HAND
DIFFERENT DATE OF 08/19/05 KNEE SURGERY, "F"-3 LEFT HAND SURGERY
DONE ON 05/19/06.
SUPPLEMENTS TO LEFT HAND SERGURY NOW INCLOSED "F"-4 PHOTO OF LEFT
HAND AFTER SURGERY. (EXHIBIT)
SUPPLEMENT TO LEFT HAND SERGURY NOW INCLOSED "F"-5 DATED 05/19/06
CONSENT TO OPERATION, WITH DR. GARY IANNITELLO AT HEALTHSOUTH
SURGICAL CENTER.

3. IN ADDITION TO THE ABOVE MEDICAL EXHIBITS, WE/I PRESENT RIGHT
HAND-2ND-FINGER LACERATION TO THE BONE, STARTING SECOND-JOINT-UP
TO-TIP-OF-FINGER, WITH PERMANATE NERVE DAMAGE TO DATE, WHICH WAS
THE ONLY FINGER I EVER USED IN THE PAST FOR TYPEING OR PRESSING
WITH. ITS USELESS NOW....
THIS INJURY WAS CAUSED BY A "BOOBY-TRAP" SENT TO I BY THE STATE
ATTORNEY GENERALS OFFICE, BY DEPUTY ATTORNEY LANE H. TSUCHIYAMA
NO. 7812 COURT FILED PACKAGE DATED NOV 10, 2,004 BY U.S. DIST. COURT.
THIS WILL BE EXHIBIT NO. "F"-6 OF FRONT PAGE, WHICH STOPPED I
COMPLETELY FINANCAIALLY & PHYSICALLY FROM CONTINUEING DOCUMENTING
LITIGATION. TOTOL "BLOOD-SPLUTTERED" PACKAGE WILL BE PERSONALLY
SHOWN BY I AS EVIDANCE.  IN ADDITION TO "F"-6, IS MEDICAL EXHIBITS
"F"-7, &"F"-8, EMERGENCY ROOM SERVICE, IN REGARD to "Booby-TRAP".

CONTINUE TO PAGE NO. SEVEN:

THIS IS PAGE NO. SEVEN:

COMES NOW PLAINTIFF MR. EDWARD A. SMITH'S RESPONSE/REBUTTAL
AGAINST ALL DEFENDANTS & THEIR ATTORNEYS MEMORANDUM'S AGAINST
PLAINTIFF'S MOTION FOR RECONSIDERATION & REQUEST FOR "JURY TRIAL"
COURT FILED JUN 09, 2006. (IN A LEGAL MANNER)

CONTINUEING FROM PAGE NO. SIX: BY A "BOOBY-TRAP", PACKAGE OF BRIEFS
SENT BY ATTORNEY GENERALS OFFICE WAS COURT FILED NOV 10, 2004 AND
RECEIVED BY PLAINTIFF E. SMITH ON NOV 12, 2,004, SAME DATE AS
MEDICAL E/R SERVICE SHOWN ON EXHIBITS "F"-7, AND "F"-8, PER "BOOBY-
TRAP".
NOW COMES PLAINTIFF'S ARGUMENT/CONCLUSIONS: AS TO "BOOBY-TRAP",
THE COURTS AND ALL DEFENDANTS WILL SAY------AH-ITS NOT A "BOOBY-
TRAP"PLAINTIFF IS EXAGGERATING AS WITH ALL HIS ARGUMENTS.......
FOR ITS ONLY A "EXCUSABLE NEGLECT" BY STATE ATTORNEY OFFICE
(ATTORNEY GENERAL) FOR RIPPING-UP-PLAINTIFF E. SMITH'S RIGHT-HAND
SECOND-TYPEING-FINGER..BLA, BLA, BLA....

THEN PLAINTIFF SAY: IF "EXCUSABLE NEGLECT" IN/IS ACCEPTED REASON
BY U.S. DISTRICT COURT, FOR RIPPED-TYPEING-FINGER-CAUSED-BY-STATE
ATTORNEY GENERAL OFFICE, THEN "EXCUSABLE NEGLECT" MUST BE ACCEPTED
BY U.S. DISTRICT COURT AND ALL DEFENDANTS IN REGARD TO ALL INJURYS
RECEIVED TO DATE WHICH BLOCKED/STOPPED PLAINTIFF IN THE PAST, UP
TO PRESENT COURT FILED JUN 09, 2006, WHO NOW PROCEEDS WITH NEWLY
TRAINED RIGHT-HAND-THIRD-FINGER, YES-THATS-THE-ONE.....

THEN PLAINTIFF SAY: "BOOBY TRAP" OR "EXCUSABLE NEGLECT", ITS NOW
PRESENTED TO THE COURTS UNDER (28 U.S.C.1367) PENDENT PARTY JURIS-
DICTION. 1. PLAINTIFF WITH VALID FEDERAL CLAIM AGAINST ONE DEFEND-
ANT MAY BRING STATE-BASED CLAIM AGAINST SECOND DEFENDANT OVER WHOM
NO INDEPENDANT BASIS OF FEDERAL JURISDICTION EXISTS.

THEN PLAINTIFF'S ADDITIONAL FACTS/ARGUMENTS: "BOOBY-TRAP" INJURYS
ON TYPEING RT. HAND OCCURED ON NOV 12, 2,004, NOW LOOK CAREFULLY-
U.S.DISTRICT COURT JUDGE D. EZRA DISMISSED ALL PLAINTIFF'S CASES
ON JUN 15, 2,005, AFTER-THE-HAND-INJURY-FACTS, AND-OTHER-INJURYS
KNEE SURGERY  ETC. THIS IS BEYOUND RESONABLE DOUGHT OF "EXCUSABLE
NEGLECT" DUE TO PHYSICAL INJURYS OF PLAINTIFF E. SMITH....

CLOSEING ISSUE:  EXHIBIT NO. "F-"9 SHOWS THAT AS SOON AS CASES
DISSMISED BY JUDGE D. EZRA, THE SICK-MINDED-ASSHOLE RETURNS WITH
HER PICKUP TRK. STALKING FOR A RAMMING ASSULT REPLAY..

FINISH ON PAGE NO.EIGHT.

PAGE NO. EIGHT:

ENDING OF PLAINTIFF'S RESPONSE TO ALL DEFENDANTS
MEMORANDUM FILED IN OPPOSITION TO PLAINTIFF
MR. EDWARD A. SMITH'S MOTION FOR RECONSIDERATION,
AND REQUEST FOR JURY TRIAL, COURT FILED JUN 09, 2,006.

DATED: PUKALANI, MAUI, HI. JULY 5, 2,006.

MR. EDWARD A. SMITH.
PLAINTIFF PRO-SE.

Mr. Edward A. Smith.