277 ALLIOLANI ST
MAKAWAO                  HI 96768

APPROVED OMB-0938-0008

# HEALTH INSURANCE CLAIM FORM

PICA

NO FAULT PATIENT

PICA

| MEDICARE | MEDICAID | CHAMPUS | CHAMPVA | GROUP HEALTH PLAN | FECA BLK LUNG | OTHER | 1a. INSURED'S I.D. NUMBER | (FOR PROGRAM IN ITEM 1) |
|---|---|---|---|---|---|---|---|---|
| (Medicare #) | (Medicaid #) | (Sponsor's SSN) | (VA File #) | X (SSN or ID) | (SSN) | (ID) | | |

2. PATIENT'S NAME (Last Name, First Name, Middle Initial)
SMITH        EDWARD        A

3. PATIENT'S BIRTH DATE  10 12 36   SEX  M X  F

4. INSURED'S NAME (Last Name, First Name, Middle Initial)
SMITH        EDWARD        A

5. PATIENT'S ADDRESS (No., Street)
277 ALLIOLANI ST

6. PATIENT RELATIONSHIP TO INSURED
Self X  Spouse  Child  Other

7. INSURED'S ADDRESS (No., Street)
277 ALLIOLANI ST

CITY  MAKAWAO    STATE  HI

8. PATIENT STATUS
Single X  Married  Other
Employed  Full-Time Student  Part-Time Student

CITY  MAKAWAO    STATE  HI

ZIP CODE  96768
TELEPHONE (Include Area Code)  (808) 5725202

ZIP CODE  96768
TELEPHONE (INCLUDE AREA CODE)  (808) 5725202

9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)
SMITH        EDWARD        A

10. IS PATIENT'S CONDITION RELATED TO:

11. INSURED'S POLICY GROUP OR FECA NUMBER

a. OTHER INSURED'S POLICY OR GROUP NUMBER
576327821A

a. EMPLOYMENT? (CURRENT OR PREVIOUS)  YES  X NO

a. INSURED'S DATE OF BIRTH  10 12 1936   SEX  M X  F

b. OTHER INSURED'S DATE OF BIRTH  10 12 36   SEX  M X  F

b. AUTO ACCIDENT?  X YES  NO   PLACE (State)

b. EMPLOYER'S NAME OR SCHOOL NAME
DISABLED

c. EMPLOYER'S NAME OR SCHOOL NAME
DISABLED

c. OTHER ACCIDENT?  YES  X NO

c. INSURANCE PLAN NAME OR PROGRAM NAME

d. INSURANCE PLAN NAME OR PROGRAM NAME
MEDICARE PART B

10d. RESERVED FOR LOCAL USE

d. IS THERE ANOTHER HEALTH BENEFIT PLAN?
YES  X NO   If yes, return to and complete item 9 a-d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.

12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.
SIGNATURE ON FILE

DATE  12-12-02

13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE  I authorize payment of medical benefits to the undersigned physician or supplier for services described below.
SIGNATURE ON FILE
SIGNED

14. DATE OF CURRENT  11 24 02  ILLNESS (First symptom) OR INJURY (Accident) OR PREGNANCY (LMP)

15. IF PATIENT HAS HAD SAME OR SIMILAR ILLNESS. GIVE FIRST DATE  MM DD YY

16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION  FROM      TO

17. NAME OF REFERRING PHYSICIAN OR OTHER SOURCE

17a. I.D. NUMBER OF REFERRING PHYSICIAN

18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES  FROM      TO

19. RESERVED FOR LOCAL USE

20. OUTSIDE LAB?  YES  NO   $ CHARGES

21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY. (RELATE ITEMS 1,2,3 OR 4 TO ITEM 24E BY LINE)
1. 924 8    MULTIPLE CONTUSIONS
2. E814 7   MV COLL W PEDEST-PED

22. MEDICAID RESUBMISSION CODE    ORIGINAL REF. NO.

23. PRIOR AUTHORIZATION NUMBER

| 24. A DATE(S) OF SERVICE From | | | To | | | B Place of Service | C Type of Service | D PROCEDURES, SERVICES, OR SUPPLIES (Explain Unusual Circumstances) CPT/HCPCS | MODIFIER | E DIAGNOSIS CODE | F $ CHARGES | G DAYS OR UNITS | H EPSDT Family Plan | I EMG | J COB | K RESERVED FOR LOCAL USE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MM | DD | YY | MM | DD | YY | | | | | | | | | | | |
| 11 | 24 | 02 | | | | 23 | 1 | 99284 | | 924.8 | 465 00 | 01 | | XX | | |
| | | | | | | | | S9999 | | | 19 37 | | | | | |

EXHIBIT "B"

25. FEDERAL TAX I.D. NUMBER  99-0341826   SSN  EIN  X

26. PATIENT'S ACCOUNT NO.  43-09-00557674

27. ACCEPT ASSIGNMENT? (For govt. claims, see back)  X YES  NO

28. TOTAL CHARGE  $ 484 37

29. AMOUNT PAID  $ 0 00

30. BALANCE DUE  $ 484 37

31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS  I certify that the statements on the reverse apply to this bill and are made a part thereof.)
LOO MD, JENWEI
SIGNED  12-12-02

32. NAME AND ADDRESS OF FACILITY WHERE SERVICES WERE RENDERED (if other than home or office)
MAUI MEMORIAL MEDICAL CTR
221 MAHALANI ST
WAILUKU        HI 96793

33. PHYSICIAN'S, SUPPLIER'S BILLING NAME, ADDRESS, ZIP CODE & PHONE #  (808)244-1168
MED HAWAII INC
P O BOX 1413
WAILUKU        HI 96793
PIN#        GRP#

APPROVED BY AMA COUNCIL ON MEDICAL SERVICE 8.88)

**PLEASE PRINT OR TYPE**

FORM HCFA-1500  (12-90)
FORM RRB-1500