# HEALTHSOUTH
## Aloha Surgical Center

239 Ho'ohana Street
Kahului, HI 96732

**CONSENT TO OPERATION, POST OPERATIVE CARE, MEDICAL TREATMENT, ANESTHESIA, OR OTHER PROCEDURES**

SMITH, EDWARD         M
BD: 10/12/36    11442--   1
Dr: Gary    Iannitello
SURGERY DATE: 08/19/05

Patient: Smith, Edward    Date: 8/17/05

You have the right and obligation to make decisions concerning your health care. Your physician can provide you with the necessary information and advice, but because this affects you, you must enter into the decision making process. This form has been designed to acknowledge your acceptance of treatment recommended by your physician. Please feel free to ask any questions.

(1) I hereby authorize Dr. **Iannitello** (and any associate or assistant involved in my care) to treat the following condition(s) which has (have) been explained to me. (Explain the nature of the condition(s) in professional and lay language.)

PROFESSIONAL: Right knee derangement - meniscal tear.

ORDINARY OR LAY LANGUAGE: Torn cushions Right knee

(2) The procedure(s) planned for treatment of my condition(s) has (have) been explained to me by my physician as follows: (Describe procedure(s) to be performed in professional and lay language -- if appropriate.)

PROFESSIONAL: Right knee arthroscopy meniscectomy, chondroplasty as indicated.

ORDINARY OR LAY LANGUAGE: Peek inside Right knee with scope, shave smooth, remove torn damaged structures as possible

AT: HEALTHSOUTH ALOHA SURGICAL CENTER
(Name of Facility)

(3) I recognize that, during the course of the operation, post operative care, medical treatment, anesthesia, or other procedure, unforeseen conditions may necessitate my above named physician, and his or her assistants, to perform such surgical or other procedures as are necessary to preserve my life or bodily functions.

(4) I have been informed that there are many significant risks, such as severe loss of blood, infection, cardiac arrest, and other consequences that can lead to death or permanent or partial disability, which can result from any procedure.

(5) No promise or guarantee has been made to me as to result or cure.

Any sections below which do not apply to the proposed treatment may be crossed out. All sections crossed out must be initialed by both physician and patient.

(6) I consent to the administration of (general, spinal, regional, local, conscious sedation) anesthesia by or under the direction or supervision of Dr. _____ as may be deemed necessary. I understand that all anesthetics involve risks that may result in complications and possible serious damage to such vital organs as the brain, heart, lungs, liver and kidney. These complications may result in paralysis, cardiac arrest and related consequences or death from both known and unknown causes.

(7) I consent to the use of transfusion of blood and blood products as deemed necessary. I have been informed of the risks, which are transmission of disease, allergic reactions and other unusual reactions.

(8) Any tissues or parts surgically removed may be disposed of by the facility or physician in accordance with accustomed practice.

(9) I consent to the taking and publication of any photographs in the course of this operation, post operative care, medical treatment, anesthesia or other procedure for the purpose of advancing medical education.

(10) Also, for the purpose of advancing medical education, I consent to the admittance of observers to the operating room, during my post operative care, medical treatment, anesthesia or other procedures.

(11) Any additional comments may be inserted here. Alternative leave as is or shots. Patient aware he will have some leftover permanent Right knee pain despite adequate surgery. Patient aware back and hip trouble not improved by knee surgery.

(12) I have had the opportunity to ask questions about this form.

I AM HAPPY & LOOKING FWD. EVENTS to RT. KNEE SURG.

**FULL DISCLOSURE** Risks include infection, blood clots, same or worse pain, need for more knee surgery, anesthesia/medical problems. Consent read to patient.

I agree that my physician has informed me of the:
a) diagnosis or probable diagnosis
b) nature of the treatment or procedures recommended
c) risks or complications involved in such treatment or procedures
d) alternative forms of treatment, including non-treatment, available, and
e) anticipated results of the treatment.

_Edward G. Smith_
Patient/Other Legally Responsible Person's Signature If Applicable*

Relationship of Person Authorized to Consent for Patient

_Gary Iannitello_
Physician's Signature

Witness: _Edwar [illegible]_   Date: 8/17/05   Time: 12:00 ☐AM ☒PM   Place: IUN GI Office

*If patient is a minor, unable to sign or incompetent to give consent, relationship of person authorized to give consent must be stated

006 Rev 6/03    Original - Chart    Yellow - Patient Copy    Exhibit "C"