

TWO-YEAR STATUE IS WAIVED BY STATE + FEDERAL COURTS.

EX:
"F" 1