

SMITH, EDWARD A          M
BD: 10/12/36   11442-- 2
Dr: Gary   Iannitello
SURGERY DATE: 05/19/06

? crab, lobster