

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 10 2004

at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

MARK J. BENNETT          2672
Attorney General
State of Hawai`i

LANE H. TSUCHIYAMA       7812
HOLLY T. SHIKADA         4017
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawai`i 96813
Tel. (808) 586-1255
Fax (808) 586-1488
Email: Lane.H.Tsuchiyama@hawaii.gov

Attorneys for Defendants
STATE OF HAWAI`I

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| EDWARD A. SMITH, | Civil No. CV04-00632 SOM LEK |
|---|---|
| Plaintiff, | NOTICE OF HEARING MOTION; DEFENDANT STATE OF HAWAI`I'S MOTION TO DISMISS COMPLAINT FILED OCTOBER 22, 2004; MEMORANDUM IN SUPPORT OF MOTION; EXHIBIT "A"; DECLARATION OF LANE H. TSUCHIYAMA; CERTIFICATE OF SERVICE |
| vs. | |
| COUNTY OF MAUI GOVERNMENT, STATE OF HAWAI`I, MAUI HUMANE SOCIETY, SYLVIA VALDEZ DELIMA, GARRETT MONTALVO, | |
| Defendants. | |
| | DATE: January 24, 2004<br>TIME: 11:15 a.m.<br>JUDGE: Hon. Susan Oki Mollway |

116455_1

"F-6"



HAWAII
Attorney General
St., Rm. 304
waii 96813



NOV 10 '04



EDWARD A. SMITH
277 Aliiolani Street
Pukalani, Hawai`i 96768

FROM: MR. EDWARD A. SMITH
277 ALIIOLANI STREET
PUKALANI, MAUI, HI. 96768

TO: PETRUS & MILLER (ATTORNEYS)
1164 BISHOP STREET, STE 650.
HONOLULU, OAHU, HI. 96813



Blood samples
Blood soaked
from "F." 6
"Booby Trap"

