**EMERGENCY DEPARTMENT**                                       Patient _____

**DIAGNOSIS:** _Right 2nd finger laceration_

Please follow up with Dr. _MMC_                                  Telephone Number _____

**SPECIAL INSTRUCTIONS**
1. Prescriptions given. Take as directed.
2. Return if symptoms worsen, persist over 24 hours, or new symptoms develop.
3. Rest, drink lots of fluids.
4. If you have any questions, call the Emergency Department at 242-2343.
5. Call your doctor for follow-up care or re-check.

**WOUND CARE INSTRUCTIONS**
1. Keep injured area clean and dry.
2. Elevate the injured area.
3. Apply prescribed ointment or cream as directed.
4. Watch for SIGNS OF INFECTION: increased pain, redness, swelling, heat, red streaks near the injury, pus, fever, or tenderness. See your doctor immediately if you notice any of these signs.
5. Please note that despite all efforts to thoroughly cleanse wound, there is a possibility of infection or retained foreign material.
6. The injury should be rechecked in __2__ days.
7. Stitches should be removed by your doctor in __14__ days.
8. Cuts on the face should be protected from the sun for one year to prevent darkening of the scar - we recommend using a sun block of 30 SPF or greater after the injury has begun to heal.

**FEVER INSTRUCTIONS**
1. Remove excess clothing. DO NOT wrap your child in blankets since this may raise the body temperature significantly, especially in small infants.
2. Give cool liquids in small amounts.
3. Control fever with TYLENOL _____ every 4 hours AND/OR ADVIL _____ every 6 hours ad needed.
ASPIRIN MAY BE DANGEROUS in children and should not be given unless your doctor approves of its use.

**SEIZURE PRECAUTIONS**
Since seizures may occur suddenly without warning, there are certain precautions you should take for your safety and the safety of others. You should not swim alone, drive, ride a bicycle or work in high places where a loss of consciousness might lead to injuries. Be sure to follow-up with the doctor you were referred to upon your discharge from the Emergency Department.

**MEDICATION PRECAUTIONS**
The medicine you have been given may cause you to feel drowsy, lightheaded or dizzy. Therefore, it is important that you:
- DO NOT drive, ride, use machines or perform jobs that require you to be alert and clear-headed.
- DO NOT drink alcohol or take medicine that contains alcohol or narcotics.

**BRUISE, SPRAIN, STRAIN OR FRACTURE INSTRUCTIONS**
1. Rest as much as possible.
2. Elevate the injured area.
3. Ice packs intermittently for 24-48 hours.
4. Rewrap ace/elastic bandage if too tight or too loose.
5. Use ace/sling/splint as directed.
6. Wiggle fingers and toes to help circulation. If finger or toes become painful, numb, blue or cold, or if swelling increases, call your doctor.
7. Use crutches as directed.
8. Keep splints/casts dry. Broken splints/casts should be checked and replaced.

**ABDOMINAL PAIN OR VOMITING / DIARRHEA**
1. Frequent clear liquids.
2. Advance diet as tolerated (begin with easy-to-digest foods).
3. Avoid aspirin, spicy food or caffeine-containing beverages (coffee, tea, colas)
4. Avoid greasy/rich foods or alcoholic beverages.
*CONSULT YOUR DOCTOR AND/OR RETURN TO THE EMERGENCY DEPARTMENT IF:
- nausea, vomiting and/or diarrhea are uncontrolled by these measures
- you feel excessively weak, tired or dizzy
- your abdominal pain is severe and doesn't stop
- you have a fever that won't come down with treatment
- you have blood in your vomit or stools, or your stools are black

**HEAD INJURY PRECAUTIONS**
During the first 24 hours following a head injury, check the patient every 2 hours. If they are asleep, wake them up. Return to the Emergency Department or call your doctor for any of the following warning signs:
- persistent or severe headaches (in children, increased irritability)
- violent or repeated vomiting
- drowsiness, unable to wake up
- convulsions or seizure-like activity
- blood or watery fluid draining from nose or ear
- blurry or "double" vision
- stiff neck or definite weakness in arms or legs
- disorientation, confusion, acting "funny"
- loss of coordination, weakness

Give only small amounts of clear liquids to drink for the next 6 hours. Advance diet as tolerated. **DO NOT DRINK ALCOHOL OR TAKE MEDICINE CONTAINING ALCOHOL OR NARCOTICS** as this may mask other signs or symptoms.

NOTE: The examination and treatment you received have been on an emergency basis only. They are not a substitute for complete medical care, including follow-up(s) and re-check(s) by your regular physician or the referral physician assigned to you. **(X-ray and EKG interpretations are preliminary and final readings will be made the following day.)** Please have your physician review all of your diagnostic test results. Let the doctor's office know you have been referred by the Emergency Department. **Call TODAY or first working day to arrange for follow-up care. If you are unable to arrange follow-up care, call the Emergency Department and request assistance.**

**OTHER SPECIFIC INSTRUCTIONS:** _See wound care_

MR-4586  O
SMITH (NO INFO), EDWARD
MILLS, JOHN  68Y  M
AC-655760  DOB 10/12/36

ER LEVEL _____

I acknowledge that I have received and understand the instructions indicated on this form. I understand that I have had emergency treatment only and that I may be released before all my medical problems are known or treated. I will arrange for follow-up care as indicated.

X _Edward Smith_
Patient/Responsible Party Signature     Relationship

Witness Signature and Title             Date            Time

Emergency Physician Signature

**MAUI MEMORIAL MEDICAL CENTER**
WAILUKU, HAWAII

PLEASE STOP AT
DISCHARGE WINDOW
THANK YOU

**PATIENT'S AFTERCARE INSTRUCTIONS**

FORM 355-0126 Rev. 6/03

CHART LOCATION
**MISCELLANEOUS**

"F" 7