## CONSENT TO RELEASE TO THE PUBLIC YOUR NAME, LOCATION AND GENERAL HEALTH STATUS

I hereby authorize **Maui Memorial Medical Center** to release to the public, clergy, florist, etc., upon request, the following Protected Healthcare Information

1. **My name:**
2. **My location within this facility** (unit and room number)
3. **My general health status:** (Critical, Poor, Fair, Stable or Satisfactory) Information provided by the Nursing Staff.

Otherwise, **ALL inquiries** about me will be answered with the following response or a variation:

*"I am sorry, but I have no information about that individual."*

This consent may be revoked at any time, upon written notice from the person who has signed below. I understand that this authorization is effective for this admission only.

(INITIAL) **I AGREE** to have my name, location, general health status released to the public.

(INITIAL) **I DO NOT AGREE** to have my name, location, general health status released to the public (admission/registration staff to follow protocol).

Patient/Designated Patient Representative:
Signature X _[signed]_

To be signed by personal representative when patient is not capable of objecting, and there are no prior indications that the patient would object.

Relationship to Patient: _____
Date: _____

Witness' Signature _____
Date: _____

Identity of authorized signer verified by:
☐ State ID    ☐ Driver's License    ☐ Other _____

Documentation of authorization as "designated patient representative": _____

Copy of documentation obtained for permanent record:
☐ Yes  ☐ No

---

## ACKNOWLEDGEMENT OF RECEIPT OF PRIVACY PRACTICE NOTICE

I hereby acknowledge having received or having the opportunity to receive a copy of the Notice of Privacy Practice of Maui Memorial Medical Center.

To be signed by a parent or personal representative when patient is a minor or incompetent (Parent or Designated Patient Representative):

**Patient:**
Signature X _[signed]_
Date: _____
Witness' Signature _____
Date: _____

**Parent or Designated Patient Representative:**
Signature X _____
Date: _____
Witness' Signature _____
Date: _____

Identity of authorized signer verified by:
State ID    Driver's License    Other

Documentation of authorization as "Designated Patient Representative." Copy obtained for permanent Record: Yes

---

**MAUI MEMORIAL MEDICAL CENTER**
WAILUKU, HAWAII

WHITE - CHART
YELLOW - ADMITTING
PINK - PATIENT COPY

ACKNOWLEDGEMENT OF RECEIPT OF PRIVACY PRACTICE NOTICE AND CONSENT TO RELEASE TO THE PUBLIC

CHART LOCATION
CONSENTS/PROCEDURES

FORM 355-0285 Rev. 4/03