

EXHIBIT
NO. "F" 9
m