## CERTIFICATE OF SERVICE:

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FORE-GOING DOCUMENT WAS DULY SERVED ON            UPON THE FOLLOWING BY O HAND DELIVERY OR ☒ MAIL, POSTAGE PREPAID AT THE FOLLOWING ADDRESS:

1. CORPORATION COUNSEL
   200 S. HIGH STREET
   WAILUKU, MAUI, HI. 96793
   ATTORNEY FOR DEFENDANT COUNTY OF MAUI POLICE DEPT. & COUNTY OF MAUI PROSECUTORS.

2. DEPARTMENT OF THE ATTORNEY GENERAL
   425 QUEEN STREET
   HONOLULU, OAHU, HI. 96813
   ATTORNEY FOR DEFENDANT DISTRICT COURT OF THE SECOUND CIRCUIT.

3. MR. & MRS. ROBERT THOMAS & FRANCES E. WANKMULLER.
   286 ALIIOLANI STREET, PU___ ___ MAUI, HI. 96768
   AND
   196 NALANI STREE__ ___ ___ MAUI, HI. 96768
   OR
   760 SO ___ ___ ___ , MAUI, HI. 96753

   TO: RICHARD L. ROST
   2041 MAIN ST. WAILUKU HI.
   ZIP: 96793  CV04-00699

   2240 ___ ___R RD. YUBA CITY CA 95993 0000

   [redacted]

   _MR. Edward A. Smith._
   MR. EDWARD A. SMITH,
   PLAINTIFF PRO- SE

4. JACQUELINE E. THURSTON 7217
   1000 BISHOP ST, STE 801
   HONOLULU, OAHU, HI. 96813
   FOR MR. & MRS PRATHER'S
   SAME ADDRESS AS WANKMULLER'S