ORIGINAL

MARK J. BENNETT   2672
Attorney General
State of Hawai`i

HOLLY T. SHIKADA   4017
Deputy Attorneys General
235 S. Beretania Street, Room 304
Honolulu, Hawai`i  96813
Tel. (808) 586-1255
Fax. (808) 586-1488

Attorneys for Defendant
District Court Of The Second
Circuit, State Of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 12 2006

at 11 o'clock and 5 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| EDWARD A. SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>MAUI POLICE DEPT., et al.,<br><br>    Defendants. | CIVIL NO. 04-00699 DAE/KSC<br><br>DEFENDANT DISTRICT COURT OF THE SECOND CIRCUIT, STATE OF HAWAII'S JOINDER IN DEFENDANTS MAUI POLICE DEPARTMENT AND DEPARTMENT OF THE PROSECUTING ATTORNEY'S MEMORANDUM IN OPPOSITION TO PLAINTIFF EDWARD SMITH'S MOTION FOR RECONSIDERATION; CERTIFICATE OF SERVICE<br><br>TRIAL DATE:  None |

198384_1.DOC

DEFENDANT DISTRICT COURT OF THE SECOND CIRCUIT,
STATE OF HAWAII'S JOINDER IN DEFENDANTS
MAUI POLICE DEPARTMENT AND DEPARTMENT OF THE
PROSECUTING ATTORNEY'S MEMORANDUM IN OPPOSITION
TO PLAINTIFF EDWARD SMITH'S MOTION FOR RECONSIDERATION

Comes now, Defendant District Court Of The Second Circuit, State of Hawaii (hereinafter "Defendant District Court"), by and through its undersigned attorney and joins in the opposition to Plaintiff Edward Smith's Motion for Reconsideration submitted by Defendants Maui Police Department and Department of the Prosecuting Attorney. Defendant District Court submits there is no factual or legal basis to support the motion and it should be denied.

DATED: Honolulu, Hawaii, July 12, 2006.

_____
HOLLY T. SHIKADA
Deputy Attorney General

Attorney for Defendant District Court
Of The Second Circuit, State Of
Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| EDWARD A. SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>MAUI POLICE DEPT., et al.,<br><br>Defendants. | CIVIL NO. 04-00699 DAE/KSC<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Defendant District Court Of The Second Circuit, State Of Hawaii's Joinder In Defendants Maui Police Department And Department Of The Prosecuting Attorney's Memorandum In Opposition To Plaintiff Edward Smith's Motion For Reconsideration was served upon the following individuals by mailing the same to them, postage prepaid, at the following addresses on July 12, 2006:

>MR. EDWARD A. SMITH
>277 Aliiolani Street
>Pukalani, Hawaii  96768
>
>Plaintiff Pro Se

198384_1.DOC

RICHARD L. ROST, ESQ.
2041 Main Street
Wailuku, Hawaii 96793

Attorney for Defendants
Robert Thomas Wankmuller and
WF Frances Elenor Wankmuller

BRIAN MOTO, ESQ.
RICHARD B. ROST, ESQ.
Corporation Counsel
200 South High Street
Wailuku, Hawaii 96793

Attorneys for Maui Police
Department and Maui County
Department of the Prosecuting
Attorney

JACQUELINE E. THURSTON, ESQ.
Motooka, Yamamoto & Revere LLLC
1000 Bishop Street, Suite 801
Honolulu, Hawaii 96813

Attorney for Defendant
Maureen Prather

_____
HOLLY T. SHIKADA
Deputy Attorney General

Attorney for Defendant District Court
Of The Second Circuit, State Of
Hawaii