O
cc:DAE

Po copy

RECEIVED
CLERK U.S. DISTRICT COURT

JUL 2 4 2006

DISTRICT OF HAWAII

EDWARD A. SMITH
277 ALIIOLANI ST.
pukalani, MAUI, HI. 96768

PHONE: 572-5202
PLAINTIFF
PRO-SE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EDWARD A. SMITH,<br>PLAINTIFF,<br>VS.<br>1. MAUI POLICE DEPT, COUNTY PROSECUTORS, (AGENTS) FOR MAUI COUNTY GOVERNMENT.<br>2. DISTRICT COURT OF THE SECOND CIRCUIT, STATE OF HI.<br>3. MRS. MAUREEN PRATHER & MR. & MRS ROBERT THOMAS (FRANCES ELENOR) WANKMULLER.<br>AND<br>4. JOHN DOES, JOHN DOES CORPORATIONS, PARTNERSHIPS, ROE NON-PROFIT ORGANIZATIONS ROE GOVERNMENT AGENCIES 1-100. | CIVIL NO. CV04-00699 DAE/KSC<br>(OTHER CIVIL ACTION)<br><br>1. PLAINTIFF'S COMPLAINT OF JUDGE DAVID ALAN EZRA'S JULY 17, 2,006, "ORDER DENYING PLAINTIFF'S MOTION FOR RE-CONSIDERATION" WITH HIS COPY ONLY SIGNATURE. INCONJUNCTION WITH "SPECIAL MATTERS" UNDER (FRCP 9 (B) CONSTITUTING "FRAUD AND ERROR" AGAINST PLAINTIFF, IN SAID CASE. INCLOSED ARGUMENTS.<br><br>AND AGAIN DEMAND "JURY TRIAL"<br>2. EXHIBIT "A" Postal Rules, PER "Booby TRAP" by<br>CERTIFICATE OF SERVICE: Attorney Generals Office. |

COMES NOW, PLAINTIFF MR. EDWARD A. SMITH, AND HEREBY SUBMITS HIS COMPLAINT AGAINST JUDGE DAVID ALAN EZRA'S JULY 17, 2,006, "ORDER DENYING PLAINTIFF'S MOTION FOR RE-CONSIDERATION" WHICH IS A "FRAUDULENT ACT" WHICH VIOLATES PLANTIFF'S CONSTITUTIONAL RIGHTS TO PERSUE WITHIN A FEDERAL COURT SYSTEM, CAUSE JUDGE EZRA & STAFF MAKES FALSE FINDINGS OF PLAINTIFF'S "SUBMITTED FACTS AND EVIDANCE" OF VIOLATED FEDERAL LAWS, AND REAL DOCUMENTED MEDICAL FACTS WITH PHOTO'S AS RELATED TO CASE. SAME AS WITH PLAINTIFF'S JULY 07, 2006 RESPONSE TO ALL DEFENDANTS, & REQUEST FOR RE-CONSIDERATION UNDER RULE 60 (B) (1) EXCUSABLE NEGLECT, PER "BOOBY TRAP" PHYSICAL IN-JURYS. RELATEING TO (28 U.S.C. 1367) PENDENT PARTY AGAINST STATE ATTORNEY GENERALS OFFICE. RESULTING COVERUP BY JUDGE D.A. EZRA.

CONTINUE PAGE TWO:

PAGE NO. TWO:

FACT ONE: WITHIN YOUR OWN JULY 17, 2,006 ORDER DENYING MOTION FOR PLAINTIFF'S RECONSIDERATION, SHOWN ON YOUR PAGE NO. THREE, AS - PLAINTIFF FILED THE INSTANT MOTION FOR RECONSIDERATION ON JUNE 9, 2,006. CONFIRMING PLAINTIFF'S FACTS OF EVIDANCE IN YOUR POSSESION "BUT" YOUR STANDARD OF REVIEW IS "FALSELLY" MANIPULATED. YOU STATE THREE MAJOR GROUNDS JUSTIFY RECONSIDERATION: (1) (2) (3) UNDER LOCAL RULE 60.1 WHICH MANDATES RECONSIDERATION BE GRANTED UPON.(SEE PAGE NO. FOUR) of YOUR OWN JULY 17, 2,006 ORDER DENYING MOTION.

FACT TWO: PLAINTIFF'S TOTOL JUNE 09, 2,006 "MOTION FOR RECONSIDERATION" PACKAGE COVERS INGREDIENTS UNDER LOCAL RULE 60.1 (LOOK AT IT, READ IT) OR YOU ARE INVOLVED IN 60.3 FRAUD..    (ABOVE PERTAIN TO 60.1, 2, 3.)

FACT THREE: BEFORE YOUR JULY 17, 2,006 ORDER DENYING MOTION FOR RECONSIDERATION BY DAVID A. EZRA, A JULY 07, 2,006 COURT FILED PACKAGE WAS SENT, WHICH AGAIN CONTAINS TOTOL INGREDIENTS UNDER RULE 60.1, 2, 3, BECAUSE NO REMARK OR OBJECTIONS MADE BY THE COURT WITHIN YOUR JULY 17, 2,006 DENIEL OF PLAINTIFF'S JULY 07, 2,006 WHICH AGAIN COVERS INGREDIENTS UNDER LOCAL RULE 60.1, 2, 3, SPECIFICALLY SPECIFYING UNDER RULE 60 (B) (1) EXCUSABLE NEGLECT, AS RELATED TO "BOOBY TRAP" EX: "A" INJURY BY STATE ATTORNEY GENERALS OFFICE, & OTHER SURGERY INJURIES, BECAUSE OF NO REMARKS OF PLAINTIFF'S JULY 07, 2,006 PACKAGE BY DIST. COURT WITHIN JUDGE EZRA"S JULY 17, 2,006 DISMISSEL IT CLEARLY SHOWS "PROVES" MANIFEST-FRAUD-ACTS-OF-LAW-AND-FACTS BY U.S. DISTRICT COURT UNDER JUDGE DAVID EZRA.

PLAINTIFF'S CLOSEING ARGUMENT: MR. EZRA, FIRST-DAY-IN-YOUR-COURT-ROOM YOU STATED- MR. SMITH, WE DONT DISCRIMINATE AGAINST YOU, WE ALSO SUED THE STATE OF HAWAII BEFORE. WELL YOU AND COURT STAFF ARE DIS- CRIMINATING AGAINST I NOW, AND AGAINST MY 1,000 PERCENT FACTS AND EVIDANCE, MORE SO NOW AFTER MY REQUEST FOR JURY TRIAL, YOU ALL GET "SHOOK-UP" CAUSE JURY WON'T RESPECT DEFENDANTS "BULL-SHIT" OR ANY- ONE ELSE'S, REGARDLESS OF POLITICAL INFLUANCE. OR MY NON-LAWYER STATUS. YOUR AIDE-ING THE DEFENDANTS, BY BLOCKING MY EVIDENCE, WHICH IS TEMPERING. DATED: PUKALANI, MAUI, HI. JULY 28, 2,006;    PLAINTIFF PRO-SE

MR. EDWARD A. SMITH

*Edward A. Smith* (signature)