<u>UNITED STATES POSTAL SERVICE (RULES)</u>

U.S.P.S. PUBLICATION RULE BOOK NO. 52, DATED JULY 1999, FOR HAZMAT (HAZARDOUS MATERIALS)

READS AS FOLLOWS: ITEM 224, TAG 44 FOR HAZARDOUS MATERIALS (SEE PAGE NO. 9).

READS AS FOLLOWS: ITEM 228, SHIPPING PAPERS, AS REQUIRED BY FEDERAL REGULATIONS AND DMM C023, STATES HAZARDOUS MAIL MUST BE ACCOMPANIED WITH (SHIPPERS DECLARATION FOR DANGEROUS GOODS) THAT IS COMPLETED IN TRIPLICATES AND SIGNED BY THE MAILER. SEE: 326 AND EXHIBIT 326 FOR MORE INFORMATION TO HAZARDOUS, RESTRICTED, AND PERISHABLE MAIL. (SEE PAGE NO. 10 )

SEE: 49 CFR, 172.200-172.204: THE SHIPPING PAPER MUST BE AFFIXED TO THE OUTSIDE OF THE MAIL PIECE, AND A PLASTIC ENVELOPE OR CARRIER CAN BE USED FOR THIS PURPOSE.

THE FOLLOWING CONDITIONS ALSO: APPLY:

A. AIR TRANSPORT: MAILABLE HAZARDOUS MATERIALS (INCLUDING ORM-D MATERIALS) MUST BE ACCOMPANIED BY A SHIPPERS DECLARATION FOR DANGEROUS GOODS (1,E., SHIPPING PAPER)

B. SURFACE TRANSPORT: MAILABLE HAZARDOUS MATERIAL OTHER THEN ORM-D MATERIAL MUST BE ACCOMPANIED BY A PROPER SHIPPING PAPER.

SEE EXHIBIT: 325A AND 325B, DOT. HAZARDOUS MATERIALS WARNING LABELS.

<u>EXTRA NOTES BELOW:</u>

ONLY UNDER 632.2, IMPORTS: 633 KNIVES AND SHARP INSTRUMENTS PERMITTED TO BE MAILED IN DOMESTIC MAIL UNDER DMM C024.5.0 MAY BE MAILED INTERNATIONAL MAIL AS PERMITTED IN THE CONDITIONS SPECIFIED FOR THE INDIVIDUAL COUNTRY LISTING IN THE IMM.

ABOVE 632.2 OR 633 DOES"NT COVER/PROTECT INTER-ISLAND MAILING OF KNIVES OR SHARP DANGEROUS INSTRUMENTS WITHOUT A PROPER WARNING SHIPPI -ING PAPER ATTACHED..

REFER TO ATTACHED ARGUMENTS IN REGARD TO DANGEROUS SHARP INSTRUMENTS AS IT RELATES TO REEKLESS/IMPROPER PLACEMENT OF RAZOR SHARP METEL PAPER BINDING (PRONG FASTENERS) AS USED BY THE STATE OF HAWAII, DEPT. OF THE ATTORNEY GENERAL, IN THEIR OUT-GOING MAIL TO PLAINTIFF IN SAID CASE MR. EDWARD A. SMITH CASE NO.CV04-00699 DAE/KSC, RESULTING IN PERMANATE INJURY TO MR. E. SMITH.

CERTIFICATE OF SERVICE:

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FORE-GOING DOCUMENT WAS DULY SERVED ON                UPON THE FOLLOWING BY O HAND DELIVERY OR ⊠ MAIL, POSTAGE PREPAID AT THE FOLLOWING ADDRESS:

1. CORPORATION COUNSEL
   200 S. HIGH STREET
   WAILUKU, MAUI, HI. 96793
   ATTORNEY FOR DEFENDANT COUNTY OF MAUI POLICE DEPT. & COUNTY OF MAUI PROSECUTORS.

2. DEPARTMENT OF THE ATTORNEY GENERAL
   425 QUEEN STREET
   HONOLULU, OAHU, HI. 96813
   ATTORNEY FOR DEFENDANT DISTRICT COURT OF THE SECOUND CIRCUIT.

3. MRS. MAUREEN PRATHER
   286 ALIIOLANI STREET, PUKALANI, MAUI, HI. 96768
       AND
   196 NALANI STREET, PUKALANI, MAUI, HI. 96768
       OR
   760 SO. KIHEI, KIHEI, MAUI, HI. 96753

   TO: RICHARD L. ROST
   2041 MAIN ST. WAILUKU HI.
   ZIP: 96793  CV04-00699

   2240 HOOPER RD. YUBA CITY CA 95993 0000

4. MR. & MRS. ROBERT THOMAS WANKMULLER & FRANCES ELENOR WANKMULLER.
   286 ALIIOLANI ST. & 196 NALANI STREET, PUKALANI, MAUI, HI. 96768 OR 760 SO. KIHEI, KIHEI, MAUI, HI. 96753, OR 2240 HOOPER RD. YUBA CITY CA 95993 0000, & FHA STA. ST. YUBA CITY CA 95991

*Mr. Edward A. Smith.*

MR. EDWARD A. SMITH,
PLAINTIFF PRO- SE

4. JACQUELINE E. THURSTON 7217
1000 BISHOP ST. STE. 801
HONOLULU, OAHU, HI. 96813
FOR WA MR. & MRS. PRATHER'S.