7/25/06
Receive
stamp rolls
p"